**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Low Voltage Solutions, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-3192160** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **4951 Airport Parkway**<br>**Suite 570**<br>**Addison, TX 75001**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Dallas**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | **www.lvsinc.com** |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

| Debtor | Low Voltage Solutions, Inc. | Case number (*if known*) | |
|--------|------------------------------|--------------------------|--|
| | Name | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|-------|------|-------|-------------|-------|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | Low Voltage Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**  .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Low Voltage Solutions, Inc.**                                      Case number (*if known*)
          Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million         ☐ More than $50 billion

Debtor   **Low Voltage Solutions, Inc.**                                    Case number (*if known*) _____
     Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 17, 2022**
     MM / DD / YYYY

X **/s/ Joseph B. Pazoureck III**        **Joseph B. Pazoureck III**
  Signature of authorized representative of debtor    Printed name

Title   **President and Sole Shareholder**

**18. Signature of attorney**

X **/s/ John E. Mitchell**     Date **November 17, 2022**
  Signature of attorney for debtor     MM / DD / YYYY

**John E. Mitchell**
Printed name

**Katten Muchin Rosenman LLP**
Firm name

**2121 North Pearl Street, Suite 1100**
**Dallas, TX 75201-2591**
Number, Street, City, State & ZIP Code

Contact phone **214-765-3600**    Email address **john.mitchell@katten.com**

**00797095 TX**
Bar number and State

## RESOLUTIONS OF THE
## SOLE SHAREHOLDER OF LOW VOLTAGE SOLUTIONS, INC.

### AS OF NOVEMBER 17, 2022

The undersigned, being the Sole Shareholder of Low Voltage Solutions, Inc. (the "**Company**") (the "**Sole Shareholder**"), and adopts the following resolutions and takes the following actions, as of the day and year first above written:

**WHEREAS,** the Sole Shareholder has considered the financial and operational condition of the Company's business; and

**WHEREAS,** the Sole Shareholder has determined to his reasonable satisfaction that the revenues and the value of the Company's remaining assets are insufficient to satisfy the current liabilities and obligations of the Company; and

**WHEREAS,** the Sole Shareholder believes it is in the best interests of the Company to take the following actions as set forth in the following resolutions.

### RESOLUTIONS

**RESOLVED,** that in the business judgment of the Sole Shareholder after consideration of the alternatives presented and the advice of the Company's professionals and advisors that it is in the best interests of the Company, its creditors, and other interested parties that a voluntary petition be filed by the Company under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED FURTHER,** that the Sole Shareholder be, and Company hereby is authorized, empowered, and directed to employ the law firm of Katten Muchin Rosenman LLP as general bankruptcy counsel to the Company to represent and assist the Company in filing under Chapter 7 of the Bankruptcy Code.

**IN WITNESS HEREOF**, the undersigned have executed these Resolutions as of the date first written above.

**SOLE SHAREHOLDER OF**
**LOW VOLTAGE SOLUTIONS, INC.:**


*/s/ Joseph B. Pazoureck III*_____
Joseph B. Pazoureck III

155011064v1

John E. Mitchell, SBN: 00797095
KATTEN MUCHIN ROSENMAN LLP
2121 N. Pearl St., Suite 1100
Dallas, TX 75201
Telephone:  (214) 765-3600
Email:  john.mitchell@katten.com

*Counsel for the Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Low Voltage Solutions, Inc.,[1] | § | Case No. 22-_____ |
| | § | |
| Debtor. | § | |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, following is

the list of Low Voltage Solutions, Inc.'s equity security holders:

| Name | Percentage of Equity |
|---|---|
| Joseph B. Pazoureck III | 100% |

**SOLE SHAREHOLDER OF**
**LOW VOLTAGE SOLUTIONS, INC.:**

*/s/ Joseph B. Pazoureck III*
Joseph B. Pazoureck III

---

[1] The Debtor in this Chapter 7 case, along with the last four digits of the Debtor's federal tax identification number is Low Voltage Solutions, Inc. (2160), 4951 Airport Parkway, Suite 570, Addison, TX 75001.

155011487v1

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Low Voltage Solutions, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■   Other document that requires a declaration    **List of Equity Security Holders**
                                                  **Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 17, 2022**        X **/s/ Joseph B. Pazoureck III**
                                            Signature of individual signing on behalf of debtor

                                            **Joseph B. Pazoureck III**
                                            Printed name

                                            **President and Sole Shareholder**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Low Voltage Solutions, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $     0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................ $     2,319,218.97

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................. $     2,319,218.97

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     597,524.08

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$     248,621.11

4.  Total liabilities ...........................................................................................
    Lines 2 + 3a + 3b
    $     846,145.19

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **Low Voltage Solutions, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First State Bank** | **Checking** | **0001** | **$3,900.00** |
| 3.2. | **First State Bank** | **Saving** | **0002** | **$5,000.46** |
| 3.3. | **Frost Bank** | **Checking** | **9426** | **$22,448.17** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$31,348.63** |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

| Debtor | **Low Voltage Solutions, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:      336,794.29      -      16,856.49      = ....      **$319,937.80**

face amount           doubtful or uncollectible accounts

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$319,937.80**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Electrical materials (Dallas Fort Worth office)** | | $1,000.00 | Liquidation | $1,000.00 |
| | **Electrical materials (Austin office)** | | $1,000.00 | Liquidation | $1,000.00 |
| | **Electrical materials (Oklahoma office)** | | $1,000.00 | Liquidation | $1,000.00 |
| | **Excess materials (Austin office)** | | $1,000.00 | Liquidation | $1,000.00 |
| | **Excess materials (Dallas Fort Worth office)** | | $1,000.00 | Liquidation | $1,000.00 |
| | **Excess materials (Oklahoma office)** | | $1,000.00 | Liquidation | $1,000.00 |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

| Debtor | **Low Voltage Solutions, Inc.** | | | Case number *(If known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | |
|---|---|---|---|---|
| Ladders (Dallas Fort Worth Office) | | $1,000.00 | Liquidation | $1,000.00 |
| Ladders (Oklahoma Office) | | $500.00 | Liquidation | $500.00 |
| Ladders (Austin Office) | | $500.00 | Liquidation | $500.00 |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$8,000.00

**24.** **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Small conference table (Austin, TX) | $100.00 | Liquidation | $100.00 |
| Conference room chairs (Austin, TX) | $100.00 | Liquidation | $100.00 |
| Conference room chairs (Oklahoma) | $100.00 | Liquidation | $100.00 |
| Desk (Oklahoma) | $100.00 | Liquidation | $100.00 |
| Desk | $200.00 | Liquidation | $200.00 |
| Artwork (Dallas Fort Worth office) | $200.00 | Liquidation | $200.00 |

Debtor   **Low Voltage Solutions, Inc.**                                Case number *(If known)*  _____
           <sub>Name</sub>

| | | | |
|---|---|---|---|
| **Furniture new office  (Dallas Fort Worth office)** | $5,000.00 | Liquidation | $5,000.00 |
| **Conference room table (Austin, TX)** | $500.00 | Liquidation | $500.00 |
| **Chair (Oklahoma)** | $100.00 | Liquidation | $100.00 |
| **Conference room table (Oklahoma)** | $200.00 | Liquidation | $200.00 |
| **Televison** <br> **Brand: LG** | $1,000.00 | Liquidation | $1,000.00 |
| **Televison** <br> **Brand: LG** | $1,000.00 | Liquidation | $1,000.00 |
| **Televison** <br> **Brand: Sony** | $1,000.00 | Liquidation | $1,000.00 |
| **Televison** <br> **Brand: Sony** | $1,000.00 | Liquidation | $1,000.00 |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| **Computer** <br> **Laptop - LVS-LT001** | $100.00 | Liquidation | $100.00 |
| **Computer** <br> **Laptop - LVS-LT006** | $100.00 | Liquidation | $100.00 |
| **Computer** <br> **Laptop - LVS-PROJMG07-LT** | $100.00 | Liquidation | $100.00 |
| **Computer** <br> **Laptop - LVS-SUPER03-LT** | $100.00 | Liquidation | $100.00 |
| **Computer** <br> **Laptop - LVS-SURFACE005** | $100.00 | Liquidation | $100.00 |
| **Computer** <br> **Laptop - LVS-SURFACE007** | $100.00 | Liquidation | $100.00 |
| **Computer** <br> **Laptop - LVS-LT003** | $100.00 | Liquidation | $100.00 |
| **Computer** <br> **Laptop - LVS-LT005** | $100.00 | Liquidation | $100.00 |

| Debtor | **Low Voltage Solutions, Inc.** | | Case number *(If known)* | |
| | <sub>Name</sub> | | | |

| | | | |
|---|---|---|---|
| **Computer** <br> **Laptop - LVS-LT007** | $100.00 | **Liquidation** | $100.00 |
| **Computer** <br> **Laptop - LVS-LT011** | $100.00 | **Liquidation** | $100.00 |
| **Computer** <br> **Laptop - LVS-LT012** | $100.00 | **Liquidation** | $100.00 |
| **Computer** <br> **Laptop - LVS-SURFACE008** | $100.00 | **Liquidation** | $100.00 |
| **Computer** <br> **WorkStation - LVS-DT002** | $100.00 | **Liquidation** | $100.00 |
| **Computer** <br> **Laptop - LVS-SFCGO002** | $100.00 | **Liquidation** | $100.00 |
| **Computer** <br> **Laptop - LVS-SFCGO001** | $100.00 | **Liquidation** | $100.00 |
| **Computer** <br> **Laptop - LVS-SFCGO006** | $100.00 | **Liquidation** | $100.00 |
| **Computer** <br> **Laptop - LVS-SFCGO003** | $100.00 | **Liquidation** | $100.00 |
| **Computer** <br> **Laptop - LVS-SFCGO004** | $100.00 | **Liquidation** | $100.00 |
| **Computer** <br> **Laptop - LVS-SFCGO005** | $100.00 | **Liquidation** | $100.00 |
| **Computer** <br> **Laptop - LVS-SURFACE010** | $100.00 | **Liquidation** | $100.00 |
| **Computer** <br> **Laptop - LVS-SURFACE012** | $100.00 | **Liquidation** | $100.00 |
| **Computer** <br> **Laptop - LVS-LT015** | $100.00 | **Liquidation** | $100.00 |
| **Computer** <br> **Laptop - LVS-LT014** | $100.00 | **Liquidation** | $100.00 |
| **Computer** <br> **Laptop - LVS-LT016** | $100.00 | **Liquidation** | $100.00 |

Debtor    **Low Voltage Solutions, Inc.**                                    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| **Computer WorkStation -LVS-DT003** | $100.00 | Liquidation | $100.00 |
| **Computer Laptop - LVS-ENGTM02-LT** | $100.00 | Liquidation | $100.00 |
| **Computer Laptop - LVS-LT002** | $100.00 | Liquidation | $100.00 |
| **Computer Laptop - LVS-SURFACE004** | $100.00 | Liquidation | $100.00 |
| **Computer Laptop - LVS-LEAD03-LT** | $100.00 | Liquidation | $100.00 |
| **Computer Laptop - LVS-SURFACE009** | $100.00 | Liquidation | $100.00 |
| **Computer Laptop - LVS-QAQC01-LT** | $100.00 | Liquidation | $100.00 |
| **Computer Laptop - LVS-SURFACE006** | $100.00 | Liquidation | $100.00 |
| **Computer Laptop - LVS-ENGTM01-LT** | $100.00 | Liquidation | $100.00 |
| **Computer Laptop - LVS-LT004** | $100.00 | Liquidation | $100.00 |
| **Computer Laptop - LVS-LT008** | $100.00 | Liquidation | $100.00 |
| **Computer Laptop - LVS-LT009** | $100.00 | Liquidation | $100.00 |
| **Computer WorkStation -LVS-DT004** | $100.00 | Liquidation | $100.00 |
| **OKC Office - Firewall** | $500.00 | Liquidation | $500.00 |
| **Computer Workstation** | $100.00 | Liquidation | $100.00 |
| **Computer Workstation** | $100.00 | Liquidation | $100.00 |
| **Computer Monitor Brand: Dell** | $50.00 | Liquidation | $50.00 |

Debtor    **Low Voltage Solutions, Inc.**                    Case number *(If known)* _____
            Name

| | | | |
|---|---|---|---|
| **Servers**<br>**Brand: Dell** | $2,000.00 | Liquidation | $2,000.00 |
| **Servers**<br>**Brand: Dell** | $2,000.00 | Liquidation | $2,000.00 |
| **Network Equipment** | $1,000.00 | Liquidation | $1,000.00 |
| **Computer**<br>**Workstation - Dell OptiPlex 7080** | $100.00 | Liquidation | $100.00 |
| **Computer Workstation - Dell Precision 3551**<br>**Workstation** | $100.00 | Liquidation | $100.00 |
| **Computer Workstation (Loaner)** | $100.00 | Liquidation | $100.00 |
| **Computer Workstation** | $100.00 | Liquidation | $100.00 |
| **Printer (Leased)** | $0.00 | | $0.00 |
| **Printer (Leased)** | $0.00 | | $0.00 |
| **Printer (Leased)** | $0.00 | | $0.00 |
| **Computer Monitor**<br>**Brand: Dell** | $50.00 | Liquidation | $50.00 |
| **Computer Monitor**<br>**Brand: Dell** | $50.00 | Liquidation | $50.00 |
| **Computer Monitor**<br>**Brand: Dell** | $50.00 | Liquidation | $50.00 |
| **Computer Monitor**<br>**Brand: Dell** | $50.00 | Liquidation | $50.00 |
| **Computer Monitor**<br>**Brand: Dell** | $50.00 | Liquidation | $50.00 |
| **Computer Monitor**<br>**Brand: Dell** | $50.00 | Liquidation | $50.00 |
| **Computer Monitor** | $50.00 | Liquidation | $50.00 |

Debtor __**Low Voltage Solutions, Inc.**_____    Case number *(If known)* _____
             Name

| | | | |
|---|---|---|---|
| **Brand: Dell** | | | |
| **Computer Monitor**<br>**Brand: Dell** | $50.00 | Liquidation | $50.00 |
| **Computer Monitor**<br>**Brand: Dell** | $50.00 | Liquidation | $50.00 |
| **Computer Monitor**<br>**Brand: Dell** | $50.00 | Liquidation | $50.00 |
| **Computer Monitor**<br>**Brand: Dell** | $50.00 | Liquidation | $50.00 |
| **Computer Monitor**<br>**Brand: Dell** | $50.00 | Liquidation | $50.00 |
| **Computer Monitor**<br>**Brand: Dell** | $50.00 | Liquidation | $50.00 |
| **Computer Monitor**<br>**Brand: Dell** | $50.00 | Liquidation | $50.00 |
| **Computer Monitor**<br>**Brand: Dell** | $50.00 | Liquidation | $50.00 |
| **Computer Monitor**<br>**Brand: Dell** | $50.00 | Liquidation | $50.00 |
| **Computer Monitor**<br>**Brand: Dell** | $50.00 | Liquidation | $50.00 |
| **Computer Monitor**<br>**Brand: Dell** | $50.00 | Liquidation | $50.00 |
| **Computer Monitor**<br>**Brand: Dell** | $50.00 | Liquidation | $50.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                            | $21,450.00 |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Debtor   **Low Voltage Solutions, Inc.**                                    Case number *(If known)*  _____
         Name

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **Truck**<br>**Make: Chevrolet**<br>**Model: Van**<br>**Year: 1991**<br>**VIN #: 1GCHP32K4M3300692** | $500.00 | Comparable sale | $500.00 |
| 47.2.   **Truck**<br>**Make: Chevrolet**<br>**Model: Silverado**<br>**Year: 2014**<br>**VIN #: 1GCNCPEC8EZ282870**<br>**Mileage: Unknown** | $7,000.00 | Comparable sale | $7,000.00 |
| 47.3.   **Truck**<br>**Make: GMC Single Cab**<br>**Model: 1/2 Ton**<br>**Year: 2017**<br>**VIN #: 1GTN1LEC2HZ230427**<br>**Mileage: Unknown** | $7,000.00 | Comparable sale | $7,000.00 |
| 47.4.   **Truck**<br>**Make: GMC Single Cab**<br>**Model: 1/2 Ton**<br>**Year: 2017**<br>**Mileage: Unknown**<br>**VIN #: 1GTN1LECXHZ230109** | $7,000.00 | Comparable sale | $7,000.00 |
| 47.5.   **Truck**<br>**Make: Chevrolet**<br>**Model: Silverado**<br>**Year: 2014**<br>**Mileage: 168824**<br>**VIN #: 1GCRCPEC4EZ265971** | $7,000.00 | Appraisal | $7,000.00 |
| 47.6.   **Truck**<br>**Make: Chevrolet**<br>**Model: Silverado**<br>**Year: 2015**<br>**Mileage: 128131**<br>**VIN #: 1GCNCPEC7FZ378541** | $8,800.00 | Appraisal | $8,800.00 |

| Debtor | **Low Voltage Solutions, Inc.** | Case number *(If known)* | |
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.7. | **Truck**<br>**Make: Chevrolet**<br>**Model: Silverado**<br>**Year: 2014**<br>**Mileage: 187836**<br>**VIN #: 1GCRCPEC4EZ273424** | **$6,100.00** | **Appraisal** | **$6,100.00** |
| 47.8. | **Truck**<br>**Make: Chevrolet**<br>**Model: Silverado**<br>**Year: 2014**<br>**Mileage: Unknown**<br>**VIN #: 1GCRCPEC6EZ279869** | **$7,700.00** | **Appraisal** | **$7,700.00** |
| 47.9. | **Truck**<br>**Make: Chevrolet**<br>**Model: Silverado**<br>**Year: 2015**<br>**Mileage: 133546**<br>**VIN #: 1GCNCPEC5FZ373466** | **$8,500.00** | **Appraisal** | **$8,500.00** |
| 47.10. | **Truck**<br>**Make: Chevrolet**<br>**Model: 1/2 Ton**<br>**Year: 2016**<br>**Mileage: 118437**<br>**VIN #: 1GCRCNEC9GZ348965** | **$11,500.00** | **Appraisal** | **$11,500.00** |
| 47.11. | **Truck**<br>**Make: Chevrolet**<br>**Model: 1/2 Ton**<br>**Year: 2016**<br>**Mileage: 98905**<br>**VIN #: 1GCNCNEC3GZ255664** | **$11,500.00** | **Appraisal** | **$11,500.00** |
| 47.12. | **Truck**<br>**Make: GMC Single Cab**<br>**Model: 1/2 Ton**<br>**Year: 2018**<br>**Mileage: 145882**<br>**VIN #: 1GCNCNEC3JZ118716** | **$10,200.00** | **Appraisal** | **$10,200.00** |
| 47.13. | **Truck**<br>**Make: Chevrolet**<br>**Model: Silverado**<br>**Year: 2015**<br>**Mileage: Unknown**<br>**VIN #: 1GCRCPEC2FZ378108** | **$7,000.00** | **Comparable sale** | **$7,000.00** |
| 47.14. | **Truck**<br>**Make: Chevrolet**<br>**Model: Silverado**<br>**Year: 2014**<br>**Mileage: 133629**<br>**VIN #: 1GCRCPEC2EZ275334** | **$8,700.00** | **Appraisal** | **$8,700.00** |

Debtor   **Low Voltage Solutions, Inc.**                                    Case number *(If known)* _____
              Name

47.15   **Truck**
·           **Make: Chevrolet**
          **Model: 1/2 Ton**
          **Year: 2016**
          **Mileage: 159788**
          **VIN #: 1GCRCNEC2GZ351125**                $8,700.00      Appraisal                    $8,700.00

47.16   **Truck**
·           **Make: Chevrolet**
          **Model: Silverado**
          **Year: 2015**
          **Mileage: 132968**
          **VIN # 1GCRCPEC3FZ378148**                 $10,000.00     Appraisal                   $10,000.00

47.17   **ATV**
·           **Make: Polaris**
          **Model: R17RVE99A9**
          **Year: 2017**
          **VIN #: 4XARVE998H8023554**                $15,000.00     Appraisal                   $15,000.00

47.18   **RV**
·           **Make: Grand Design-Solitude**
          **Model: M-373FB-R**
          **Year: 2019**
          **VIN# 573FS4321K9901992**
          **5th Wheel**                               $75,000.00     Appraisal                        $0.00

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels
     48.1.   **Trailer**
             **Make: Townmaster**
             **Model: T-14DT**
             **Year: 2017**
             **VIN #: 4KNTT1629EL160880**             $1,000.00      Appraisal                    $1,000.00

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm**
     **machinery and equipment)**
     **Tools & Equipment**                            $2,645.40      Liquidation                  $2,645.40

     **Fluke Tester - SC**                            $5,000.00      Liquidation                  $5,000.00

51.   **Total of Part 8.**                                                      | $150,845.40 |
     Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No

| Debtor | **Low Voltage Solutions, Inc.** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

☐ Yes

---

| Part 9: | **Real property** |
| --- | --- |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | **Intangibles and intellectual property** |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | **All other assets** |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 71. | **Notes receivable** Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | | |
| | **IRS Employee Retention Credits (Expected) 2021 1st quarter** | Tax year **2021** | **$559,796.31** |
| | **IRS Employee Retention Credits (Expected) 2021 2nd quarter** | Tax year **2021** | **$581,747.43** |
| | **IRS Employee Retention Credits (Expected) 2021 3rd quarter** | Tax year **2021** | **$557,349.40** |
| 73. | **Interests in insurance policies or annuities** | | |
| | **Life insurance policy - cancelled policy** | | **$83,744.00** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| 76. | **Trusts, equitable or future interests in property** | | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | |
| | **Tools** | | **$1,000.00** |

Debtor    **Low Voltage Solutions, Inc.**                              Case number *(If known)* _____
          Name

**Job boxes**                                                                    **$1,000.00**

**Cages**                                                                        **$1,000.00**

**Tool boxes**                                                                   **$1,000.00**

**Power tools**                                                                  **$1,000.00**

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$1,787,637.14** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Low Voltage Solutions, Inc.**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $31,348.63 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $319,937.80 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $8,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $21,450.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $150,845.40 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,787,637.14 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,319,218.97 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92                            $2,319,218.97

**Fill in this information to identify the case:**

Debtor name **Low Voltage Solutions, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  First State Bank**
Creditor's Name

**1818 N I-35**
**Gainesville, TX 76240**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number **0001**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Line of Credit**

Describe the lien
**Line of Credit**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$313,000.00** | **$0.00**

**2.2  First State Bank**
Creditor's Name

**1818 N I-35**
**Gainesville, TX 76240**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number **7341**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Loan**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$207,448.82** | **$0.00**

| Debtor | **Low Voltage Solutions, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **First State Bank** | **Describe debtor's property that is subject to a lien** | $72,075.26 | $75,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **RV** | | |

**RV
Make: Grand Design-Solitude
Model: M-373FB-R
Year: 2019
VIN# 573FS4321K9901992
5th Wheel**

**1818 N I-35
Gainesville, TX 76240**
Creditor's mailing address

**Describe the lien
Loan for Vehicle**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
0003**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **LEAF Capital Funding LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Printer (Leased)** | | |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.5 | **LEAF Capital Funding LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Printer (Leased)** | | |

Creditor's mailing address

**Describe the lien**

---

Debtor  **Low Voltage Solutions, Inc.**                        Case number (if known) _____
_____
Name

|  | **Is the creditor an insider or related party?** |
|  | ☑ No |
Creditor's email address, if known | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
**Date debt was incurred** | ☑ No |
|  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
**Last 4 digits of account number** |  |

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **LEAF Capital Funding LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
| | Creditor's Name | **Printer (Leased)** | | |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Marlin Business Bank** | **Describe debtor's property that is subject to a lien** | $5,000.00 | $0.00 |
| | Creditor's Name | **Fluke Tester - SC** | | |

**PO Box 13604
Philadelphia, PA
19101-3604**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Low Voltage Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$597,524.08** |

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **Low Voltage Solutions, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | **Amount of claim** |
| --- | --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
|  | **Accordia Insurance** <br> **215 10th Street, Ste 1100** <br> **Des Moines, IA 50309-3616** | ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed |  |
|  | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  Services provided <br><br> Is the claim subject to offset? ■ No  ☐ Yes |  |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
|  | **Ademco Inc.** <br> **PO Box 731340** <br> **Dallas, TX 75373-1340** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |  |
|  | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  Services provided <br><br> Is the claim subject to offset? ■ No  ☐ Yes |  |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,715.56** |
| --- | --- | --- | --- |
|  | **ADP, LLC** <br> **PO Box 842875** <br> **Boston, MA 02284-2875** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |  |
|  | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  Services provided <br><br> Is the claim subject to offset? ■ No  ☐ Yes |  |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
|  | **Advantage Waste Disposal** <br> **2500 W Bruton Rd** <br> **Balch Springs, TX 75180** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |  |
|  | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim:  Services provided <br><br> Is the claim subject to offset? ■ No  ☐ Yes |  |

| Debtor | **Low Voltage Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alcon Services, Inc.**
**1308 Indigo Creek Way**
**Gunter, TX 75058**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alphagraphics**
**15404 Midway Road**
**Addison, TX 75001**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amcon Controls, Inc.**
**BC Solutions, LLC**
**P.O. Box 641087**
**Dallas, TX 75264**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,212.70 |
|---|---|---|---|

**Amerisure Mutual Insurance Co**
**Lockbox #730502**
**Dallas, TX 75373-0502**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Insurance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashley Robinson**
**1909 N. Overbrook Dr.**
**Oklahoma City, OK 73121**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Asterra Management**
**c/o Andrew M. Karr**
**1710 Houston Street**
**Austin, TX 78756**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Asterra Properties**
**c/o Andrew Karr**
**1710 Houston Street**
**Austin, TX 78756**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Low Voltage Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Asterra Properties**
2900 W. Anderson Lane
Suite C200-347
Austin, TX 78757

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**AT&T**
PO Box 105414
Atlanta, GA 30348-5414

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Services provided

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Atmos Energy**
PO Box 790311
Saint Louis, MO 63179

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  utility services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Avetta, LLC**
PO Box 8474
Pasadena, CA 91109-8474

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,258.40**

**Best Wire and Cable**
1343 Exchange Dr.
Richardson, TX 75081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Services provided

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,175.01**

**BFS Retail & Commercial Ops.**
BSRO Natl. Accts.
28772 Network Place
Chicago, IL 60673-1287

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,449.51**

**Centex IEC - Austin**
PO Box 180366
Austin, TX 78718-0366

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Low Voltage Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Century Link**
**100 CenturyLink Drive**
**Monroe, LA 71203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cirro Energy**
**PO Box 660004**
**Dallas, TX 75266-0004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **utility services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City Of Addison Utilities**
**Finance Department**
**5350 Belt Line Road**
**Dallas, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Austin**
**PO Box 2237**
**Austin, TX 78783-2267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of AustiN Department of Treasury**
**2006 East 4th Street**
**Austin, TX 78702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cox Communications**
**PO Box 24885**
**Oklahoma City, OK 73124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dallas City Secretary's Office**
**1500 Marilla Street, Suite 5DS**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Low Voltage Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Dallas County Tax Office**
**500 Elm Street Ste. 3300**
**Dallas, TX 75202**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Data Optics Cable**
**250 East Ramsey Rd**
**San Antonio, TX 78216**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services provided**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Department of the Treasury**
**Internal Revenue Service**
**Ogden, UT 84201-0046**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Divvy**
**13707 S 200 W Ste 100**
**Draper, UT 84020**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,922.05**

**Elliott Electrical Supply**
**PO Box 206524**
**Dallas, TX 75320-6524**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Ellism Skinner Co.**
**1500 Plantation RD**
**Dallas, TX 75235**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**EON Consulting**
**400 W. Oak Street, Ste. 201**
**Denton, TX 76201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Low Voltage Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,192.07**

**EquipmentShare.com Inc.**
**PO Box 650429**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Equitable Commercial Realty**
**PO Box 650429**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Equitable Commercial Realty**
**c/o Lee Ellison**
**812 San Antonio, Ste 105**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**FASTENAL Company**
**PO Box 978**
**Winona, MN 55987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**First State Bank**
**1818 N I-35**
**Gainesville, TX 76240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Lender**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**First State Bank**
**400 W Oak Street**
**Denton, TX 76201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**First State Bank**
**801 E California Street**
**Gainesville, TX 76240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Low Voltage Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**General Counsel, Social Security Admin**
**6401 Security Boulevard, Room 611**
**Baltimore, MD 21235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Genuine Cable Group**
**PO Box 734769**
**Chicago, IL 60673-4769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GM Financial**
**P.O. Box 78143**
**Phoenix, AZ 85062-8143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Goodman Rent**
**789 Sherman Street Ste 660**
**Denver, CO 80200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Grainger**
**DEPT. 884954561**
**PO Box 419267**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Granite Telecommunications**
**Client ID#311**
**PO Box 983119**
**Boston, MA 02298-3119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,358.75 |
|---|---|---|---|

**Graybar**
**PO Box 840458**
**Dallas, TX 75284-0458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Low Voltage Solutions, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Health Care Service Corp.**
**511 East 118th Street**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Health Street**
**511 East 118th Street**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hilti, Inc**
**P.O. Box 120001**
**Dept 0890**
**Dallas, TX 75312-0890**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**Huselton, Morgan & Maultsby**
**P.O 6799909**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**I-240 Partners LLC**
**c/o InterWest Realty**
**Attn: George W. Huffman, Manager**
**4900 Richmond Square Drive, Suite 200**
**Oklahoma City, OK 73118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Landlord__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IEC - AustinIEC - Austin**
**Centex IEC**
**PO Box 180366**
**Austin, TX 78718-0366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,780.00 |
|---|---|---|---|

**IEC - Dallas**
**1931 Hereford Dr.**
**Irving, TX 75038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Low Voltage Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.20 |
|---|---|---|---|

**IEC - Oklahoma**
1504 S. Walker
Oklahoma City, OK 73109

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Office**
P. O. Box 7346
Philadelphia, PA 19101-7346

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Johnson Controls**
**Attn: Danial D. Kurtz**
**Project Mgr BSNA N.A.**
3021 West Bend Dr.
Irving, TX 75063

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Services provided__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Johnson Controls Fire Protection LP**
**Attn: Rob Petterson**
3021 West Bend Dr.
Irving, TX 75063

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Services provided__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Julio Benavides**
1814 Proctor Dr
Grand Prairie, TX 75051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kele**
PO Box 734825
Dallas, TX 75373-4825

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kennington Commercial**
**Attn: Clayton Kennington**
P. O. Box 192269
Dallas, TX 75219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Low Voltage Solutions, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,500.00** |
| | **Lane Gorman Trubitt, LLC** | ☐ Contingent | |
| | **2626 Howell St.** | ☐ Unliquidated | |
| | **Ste 700** | ☐ Disputed | |
| | **Dallas, TX 75204** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,376.80** |
| | **LEAF Capital Funding LLC** | ☐ Contingent | |
| | **1720A Crete Street** | ☐ Unliquidated | |
| | **Moberly, MO 65270** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Equipment Lease__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Liberty Power** | ☐ Contingent | |
| | **2100 W. Cypress Creek Road** | ☐ Unliquidated | |
| | **Suite 130** | ☐ Disputed | |
| | **Fort Lauderdale, FL 33309** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __utility services__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Marlin Business Bank** | ☐ Contingent | |
| | **PO Box 13604** | ☐ Unliquidated | |
| | **Philadelphia, PA 19101-3604** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Lender__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,020.47** |
| | **Mobile Mini** | ☐ Contingent | |
| | **PO Box 650882** | ☐ Unliquidated | |
| | **Dallas, TX 75265-0882** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **National Fire Protection** | ☐ Contingent | |
| | **P.O Box 9689** | ☐ Unliquidated | |
| | **Manchester, NH 03108-9689** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,229.33** |
| | **OES Equipment** | ☐ Contingent | |
| | **37421 Centralmont Place** | ☐ Unliquidated | |
| | **Fremont, CA 94536** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Low Voltage Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Office of the Attorney General**
**Main Justice Building, Room 5111**
**10th and Constitutional Ave., N.W.**
**Washington, DC 20530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Office of the United States Attorney**
**1100 Commerce Street, Third Floor**
**Dallas, TX 75242-1699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Office of the United States Trustee**
**Earle Cabell Federal Building**
**1100 Commerce Street, Room 976**
**Dallas, TX 75242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OG&E**
**PO Box 24990**
**Oklahoma City, OK 73124-0990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oklahoma Department of Labor**
**3017 N. Stiles, Suite 100**
**Oklahoma City, OK 73105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oklahoma Tax Commission**
**PO Box 269027**
**Oklahoma City, OK 73126-9027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oklahoma Tax Commission**
**PO Box 26890**
**Oklahoma City, OK 73126-0890**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Low Voltage Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oncor Electric Delivery**
**Attn: Tina Pringle**
**1015 Hutton Dr**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,200.00 |
|---|---|---|---|

**Outsource LLC**
**PO Box 51535**
**Los Angeles, CA 90051-5835**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,175.00 |
|---|---|---|---|

**Penhall Company**
**PO Box 842911**
**Los Angeles, CA 90084-2911**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,898.50 |
|---|---|---|---|

**Perkins Dexter Sonopoli and Hamm P.C.**
**501 W President George Bush Highway, Sui**
**Richardson, TX 75080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services provided

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,957.08 |
|---|---|---|---|

**QED Inc.**
**PO Box 841462**
**Dallas, TX 75284-1462**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,448.45 |
|---|---|---|---|

**RAM Tool**
**PO Box 743487**
**Atlanta, GA 30374-3487**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services provided

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.54 |
|---|---|---|---|

**Rexel Electrical & Datacom Sup**
**PO Box 840638**
**Dallas, TX 75284-0638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Low Voltage Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,107.50** |
|---|---|---|---|

**Riney Packard, PLLC**
**5420 LBJ Freeway, Ste 220**
**Dallas, TX 75240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$165.42** |
|---|---|---|---|

**Ritz-Lone Star Safety**
**PO Box 713139**
**Cincinnati, OH 45271-3139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Rogelio Zendejas**
**3025 Bright St**
**Fort Worth, TX 76105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Sharp Business Systems**
**PO Box 121205**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**SHRED-IT**
**1625 Wallace Dr.  #140**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Social Security Administration**
**Attn: Bankruptcy Coordinator**
**Office of the General Counsel, Reg VI**
**1301 Young Street**
**Dallas, TX 75202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Sparkletts & Sierra Springs**
**PO Box 660579**
**Dallas, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Low Voltage Solutions, Inc.**
_____    Case number (if known) _____
Name

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Spectrum Business**
**Charter Communications**
**PO Box 60074**
**City of Industry, CA 91716-0074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Services provided**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $49.11 |

**Staples Advantage**
**Staples Business Credit**
**PO Box 105638**
**Atlanta, GA 30348-5638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Services provided**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Stratus Building Solutions**
**2331 Farrington St**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Sun Life Financial**
**PO Box 807009**
**Kansas City, MO 64184-7009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $183.68 |

**Temperature Controls Systems**
**PO Box 550249**
**Dallas, TX 75355-0249**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Texas Attorney General's Office**
**Bankruptcy-Collections Division**
**PO Box 12548**
**Austin, TX 78711-2548**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Texas Comptroller of Public Accounts**
**Revenue Accounting Division**
**Bankruptcy Section**
**P.O. Box 13528**
**Austin, TX 78711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Low Voltage Solutions, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Texas Dept of Motor Vehicles**
**Vehicle Titles and Registration**
**Austin, TX 78779-0001**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$320.00** |

**Texas Dept. of Insurance**
**State Fire Marshall's Office**
**Mail Code 112-FM/PO Box 149221**
**Austin, TX 78714-9221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Texas Dept. of Licensing & Reg**
**PO Box 12157**
**Austin, TX 78711-2157**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Texas Dept. of Public Safety**
**Private Security MSC 0242**
**PO Box 15999**
**Austin, TX 78761-5999**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,136.85** |

**Texas First Rentals LLC**
**PO Box 650869**
**Dallas, TX 75265-0869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Texas Workforce Commission**
**Attn: Cashier-C69**
**PO Box 149080**
**Austin, TX 78714-9080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Texas Workforce Commission**
**Bankruptcy Division**
**101 East 15th Street**
**Austin, TX 78778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Low Voltage Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**The AB&Y Group, LLC.**
3016 Polar Ln. Ste 101
Cedar Park, TX 75861-3000

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services provided__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$162.38**

**TLC Office Systems**
L-3791
Columbus, OH 43260-3791

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Trane**
Attn: Matthew McAffrey
Area Contracting Mgr- OK
305 Hudiburg Cir.
Oklahoma City, OK 73108

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __Services provided__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Trane**
Attn: Matthew McAffrey
Area Contracting Mgr- OK
305 Hudiburg Cir.
Oklahoma City, OK 73108

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services provided__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Travelers**
PO Box 660317
Dallas, TX 75266-0317

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Travis County Tax Office**
PO Box 149328
Austin, TX 78714-9328

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**TXU Energy**
PO Box 650638
Dallas, TX 75265

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __utility services__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Low Voltage Solutions, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,959.75 |
|---|---|---|---|
| | **United Rentals, Inc.**<br>**PO Box 840514**<br>**Dallas, TX 75284-0514** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Waste Connections of Oklahoma**<br>**4625 South Rockwell**<br>**Oklahoma City, OK 73179-6415** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,483.00 |
|---|---|---|---|
| | **Weber Group Advisors**<br>**17738 Preston Rd, Suite 101**<br>**Dallas, TX 75252** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Wells Fargo Advisors**<br>**FBO Joseph Pazoureck III IRA**<br>**2400 Dallas Pkwy, H3852-170 Ste 1**<br>**Plano, TX 75093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Xcel Energy**<br>**PO Box 9477**<br>**Minneapolis, MN 55484-9477** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **LEAF Capital Funding LLC**<br>**PO Box 644006**<br>**Cincinnati, OH 45264-4006** | Line  **3.62** <br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 248,621.11 |

Debtor      **Low Voltage Solutions, Inc.**                                    Case number (if known) _____
          Name

**5c. Total of Parts 1 and 2**                                    5c.    $                  248,621.11
  Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name    **Low Voltage Solutions, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial Lease - Location: Unit 301 at 100 Percision, Buda, Hays**<br>**5 Months** | **100 Percision Business Park, LLC**<br>**2900 W Anderson Lane, Suite C200-347**<br>**Austin, TX 78757** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Professional HVAC Equipment and Maintenance Services Agreement**<br>**2 years** | **Dallas Mechanical Group**<br>**Attn: Wes Farley**<br>**11925 N. Stemmons Freeway, Ste 130**<br>**Dallas, TX 75234** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Customer Management Agreement for equipment - Xerox 7225** | **Farmer Business Systems, LLC**<br>**1880 Crown Dr. #1210**<br>**Dallas, TX 75234** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Customer Management Agreement for Zerox 7225 copier at 11496 Luna Rd, Ste. 100, Farmers Branch, TX 75234** | **Farmer Business Systems, LLC**<br>**1880 Crown Dr. #1210**<br>**Dallas, TX 75234** |

Debtor 1  **Low Voltage Solutions, Inc.** _____  Case number (*if known*) _____
First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease - Suites 3600 and 3610 E l 240 Service Road,Oklahoma City, OK** | |
|---|---|---|---|
| | | **1 Year 10 Months** | **I-240 Partners LLC** |
| | State the term remaining | | **c/o InterWest Realty** |
| | | | **Attn: George W. Huffman, Manager** |
| | List the contract number of any government contract | | **4900 Richmond Square Drive, Suite 200** |
| | | | **Oklahoma City, OK 73118** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Bonding Contract** | |
|---|---|---|---|
| | State the term remaining | | **Johnson Controls** |
| | | | **Attn: Danial D. Kurtz** |
| | List the contract number of any government contract | | **3021 West Bend Dr.** |
| | | | **Irving, TX 75063** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Bonding Contract** | |
|---|---|---|---|
| | State the term remaining | | **Johnson Controls Fire Protection LP** |
| | | | **Attn: Rob Petterson** |
| | List the contract number of any government contract | | **3021 West Bend Dr.** |
| | | | **Irving, TX 75063** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement - Location: Suite No 570, 4951 Airport Parkway, Addison, Dallas TX, 75001** | |
|---|---|---|---|
| | | **60 months** | **Kennington Parkway, Ltd.** |
| | State the term remaining | | **Attn: Clayton Kennington** |
| | | | **P.O. Box 192269** |
| | List the contract number of any government contract | | **Dallas, TX 75219** |

| Debtor 1 | **Low Voltage Solutions, Inc.** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement - Lease of Savin MX3050N Copier system; Make: Sharp; Model:  MX3050N; Location: 11496 Luna Rd, Farmers Branch, TX 75234
Lease of Savin MX-3050N Copier system; Make: Sharp; Model: MX-3050N; Location: 1405 Independence Blvd. Fort Worth, TX 76177**

State the term remaining

List the contract number of any government contract

**LEAF Capital Funding LLC
1720A Crete Street
Moberly, MO 65270**

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

**Equipment Leas Agreement  - Xerox Workcenter 7225 Copier System Location 3600 E I-240 Service Rd. Oklahoma City, OK 73135**

State the term remaining

List the contract number of any government contract

**LEAF Capital Funding LLC
1720A Crete Street
Moberly, MO 65270**

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement - Xerox 7225PTFX Location: 2120 Braker Lane, Austin, TX 78758**

State the term remaining

List the contract number of any government contract

**LEAF Capital Funding LLC
1720A Crete Street
Moberly, MO 65270**

---

**2.12.** State what the contract or lease is for and the nature of the debtor's interest

**Equipment Lease Agreement**

State the term remaining **1 year**

List the contract number of any government contract

**Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604**

---

Debtor 1   **Low Voltage Solutions, Inc.**                                    Case number *(if known)* _____

    First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Bonding Contract** |
| | State the term remaining | **Trane**<br>**Attn: Matthew McAffrey**<br>**Area Contracting Mgr- OK**<br>**305 Hudiburg Cir.**<br>**Oklahoma City, OK 73108** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Bonding Contract** |
| | State the term remaining | **Trane**<br>**Attn: Matthew McAffrey**<br>**Area Contracting Mgr- OK**<br>**305 Hudiburg Cir.**<br>**Oklahoma City, OK 73108** |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name     **Low Voltage Solutions, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF TEXAS

Case number (if known)     _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ City ____ State ____ Zip Code ____ | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ City ____ State ____ Zip Code ____ | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ City ____ State ____ Zip Code ____ | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ City ____ State ____ Zip Code ____ | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name  **Low Voltage Solutions, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    | --- | --- | --- |
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$4,458,206.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    | --- | --- | --- |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
    | --- | --- | --- | --- |
    | 3.1.  **[SEE ATTACHMENT]** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership

| Debtor | **Low Voltage Solutions, Inc.** | Case number *(if known)* |
|---|---|---|

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Joseph B. Pazoureck III**<br>**4951 Airport Parkway, Suite 570**<br>**Addison, TX 75001**<br>**Debtor** | **07/08/22** | **$9,159.00** | **Bonus** |
| 4.2. **Joseph B. Pazoureck III**<br>**4951 Airport Parkway, Suite 570**<br>**Addison, TX 75001**<br>**Debtor** | **07/22/22** | **$11,222.32** | **Bonus** |
| 4.3. **Joseph B. Pazoureck III**<br>**4951 Airport Parkway, Suite 570**<br>**Addison, TX 75001**<br>**Debtor** | **08/05/22** | **$11,222.32** | **Bonus** |
| 4.4. **Joseph B. Pazoureck III**<br>**4951 Airport Parkway, Suite 570**<br>**Addison, TX 75001**<br>**Debtor** | **08/19/22** | **$11,222.32** | **Bonus** |
| 4.5. **Joseph B. Pazoureck III**<br>**4951 Airport Parkway, Suite 570**<br>**Addison, TX 75001**<br>**Debtor** | **09/02/22** | **$11,222.32** | **Bonus** |
| 4.6. **Joseph B. Pazoureck III**<br>**4951 Airport Parkway, Suite 570**<br>**Addison, TX 75001**<br>**Debtor** | **09/16/22** | **$11,222.32** | **Bonus** |
| 4.7. **Joseph B. Pazoureck III**<br>**4951 Airport Parkway, Suite 570**<br>**Addison, TX 75001**<br>**Debtor** | **09/30/22** | **$10,127.46** | **Bonus** |
| 4.8. **Joseph B. Pazoureck III**<br>**4951 Airport Parkway, Suite 570**<br>**Addison, TX 75001**<br>**Debtor** | **10/14/22** | **$10,127.46** | **Bonus** |
| 4.9. **Joseph B. Pazoureck III**<br>**4951 Airport Parkway, Suite 570**<br>**Addison, TX 75001**<br>**Debtor** | **10/28/22** | **$10,127.46** | **Bonus** |
| 4.10. **Joseph B. Pazoureck III**<br>**4951 Airport Parkway, Suite 570**<br>**Addison, TX 75001**<br>**Debtor** | **11/05/22** | **$5,000.00** | **Bonus** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
   a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

| Debtor | **Low Voltage Solutions, Inc.** | Case number *(if known)* | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

### Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

### Part 4:  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Vehicle Model: Silverado Year: 2014 VIN#: 1GCNCPECXEZ275578** | **$22,448.17** | | **$34,185.66** |

---

### Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | **Low Voltage Solutions, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Katten Muchin Rosenman LLP** <br> **2121 North Pearl Street, Ste 1100** <br> **Dallas, TX 75201-2591** | | | **$18,338.00** |
| | **Email or website address** <br> **john.mitchell@katten.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | **Freedom Powersports - Lesisville** <br> **320 S Stemmons Fwy.** <br> **Lewisville, TX 75067** | **Golf cart** | **2021** | **$6,000.00** |
| | **Relationship to debtor** | | | |
| 13.2 | **Freedom Powersports - Lesisville** <br> **320 S Stemmons Fwy.** <br> **Lewisville, TX 75067** | **Golf cart** | **2021** | **$6,000.00** |
| | **Relationship to debtor** | | | |
| 13.3 | **Freedom Powersports - Lesisville** <br> **320 S Stemmons Fwy.** <br> **Lewisville, TX 75067** | **2016 Polaris Ranger** | **2021** | **$6,000.00** |
| | **Relationship to debtor** | | | |

Debtor  **Low Voltage Solutions, Inc.**                                        Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.4<br>. | **Freedom Powersports -**<br>**Lesisville**<br>**320 S Stemmons Fwy.**<br>**Lewisville, TX 75067** | **2016 Polaris Ranger** | **2021** | **$6,000.00** |
| | **Relationship to debtor** | | | |
| 13.5<br>. | **Freedom Powersports -**<br>**Lesisville**<br>**320 S Stemmons Fwy.**<br>**Lewisville, TX 75067** | **2017 Polaris Sportsmans** | **2021** | **$6,000.00** |
| | **Relationship to debtor** | | | |
| 13.6<br>. | **Freedom Powersports -**<br>**Lesisville**<br>**320 S Stemmons Fwy.**<br>**Lewisville, TX 75067** | **2017 Polaris Sportsmans** | **2021** | **$6,000.00** |
| | **Relationship to debtor** | | | |
| 13.7<br>. | **Freedom Powersports -**<br>**Lesisville**<br>**320 S Stemmons Fwy.**<br>**Lewisville, TX 75067** | **Covered trailer** | **2021** | **$6,000.00** |
| | **Relationship to debtor** | | | |
| 13.8<br>. | **Original Merchant** | **Trimble - GPS Robotic**<br>**Model: S8 1" Robotic TS**<br>**Year: 2016** | **05/2021** | **$10,000.00** |
| | **Relationship to debtor** | | | |
| 13.9<br>. | **Devan Arterberry**<br>**300 N Beltwoods Drive**<br>**DeSoto, TX 75115** | **Vehicle - 2016 Ford F-250** | **11/2022** | **$16,880.25** |
| | **Relationship to debtor**<br>**Employee** | | | |
| 13.1<br>0. | **Dillon Pechal**<br>**4665 FM 1181**<br>**Ennis, TX 75119** | **Vehicle - Polaris Ranger** | **11/2022** | **$4,000.00** |
| | **Relationship to debtor**<br>**Employee** | | | |

Debtor    **Low Voltage Solutions, Inc.**                                    Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>1. | **Devan Arterberry**<br>**300 N Beltwoods Drive**<br>**DeSoto, TX 75115** | **Vehicle - Polaris Ranger** | **11/2022** | **$1,500.00** |
| | **Relationship to debtor**<br>**Employee** | | | |
| 13.1<br>2. | **Dillon Pechal**<br>**4665 FM 1181**<br>**Ennis, TX 75119** | **Trailer** | **11/2022** | **$300.00** |
| | **Relationship to debtor**<br>**Employee** | | | |
| 13.1<br>3. | **Devan Arterberry**<br>**300 N Beltwoods Drive**<br>**DeSoto, TX 75115** | **Trailer** | **11/2022** | **$500.00** |
| | **Relationship to debtor**<br>**Employee** | | | |
| 13.1<br>4. | **Jesus Magallanes**<br>**2708 Holm Drive**<br>**Garland, TX 75041** | **Vehicle - Truck** | | **$13,000.00** |
| | **Relationship to debtor**<br>**Employee** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| 14.1. | **11496 Luna Suite 100**<br>**Farmers Branch, TX 75063** | **(2012 – 4/2019)** |
| 14.2. | **4205 Lindbergh Drive**<br>**Addison, TX 75001** | **(4/2019 – 6/2022)** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

Debtor    **Low Voltage Solutions, Inc.**             Case number *(if known)* _____

---

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ☑ Yes. Does the debtor serve as plan administrator?

       ☐ No Go to Part 10.
       ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Low Voltage Solutions Inc. 401(k) Profit Sharing Plan and Trust** | EIN: **253998** |

Has the plan been terminated?
☑ No
☐ Yes

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Joseph B Pazoureck III 6600 McKinney Ranch Parkway Garage Unit 8B McKinney, TX 75070** | **Joseph B Pazoureck III** | **2017 Polaris Ranger Model R17RVE99A9.** | ☐ No ☑ Yes |

| Debtor | **Low Voltage Solutions, Inc.** | | Case number *(if known)* |
|---|---|---|---|

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Stover Creek Storage**<br>**10401 FM 2478**<br>**Celina, TX 75009** | **Joseph B. Pazoureck III**<br>**4951 Airport Parkway,**<br>**Suite 570**<br>**Addison, TX 75001** | **RV**<br>**Make: Grand Design-Solitude**<br>**Model: M-373FB-R**<br>**Year: 2019**<br>**VIN# 573FS4321K9901992**<br>**5th Wheel** | ☐ No<br>☑ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor   **Low Voltage Solutions, Inc.**                                    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
|  |  |  |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Perkins Dexter Sonopoli and Hamm P.C.**<br>**501 W President George Bush Highway, Sui**<br>**Richardson, TX 75080** | **2012 - 2022** |
| 26a.2. **Veronica Ritz** |  |
| 26a.3. **Craig Ritz** |  |
| 26a.4. **Joseph B. Pazoureck III**<br>**4951 Airport Parkway, Suite 570**<br>**Addison, TX 75001** | **2011 - 2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Lane Gorman Trubitt, LLC**<br>**2626 Howell Street Suite 700**<br>**Dallas, TX 75204** | **May 2022 - Oct 2022** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2. **Huselton, Morgan and Maultsby**<br>**5005 Lyndon B Johnson Freeway Suite 1200**<br>**Dallas, TX 75244** | **March 2022 - Oct**<br>**2022** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.3. **Veronica Ritz** |  |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.4. **Craig Ritz** |  |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.5. **Joseph B. Pazoureck III**<br>**4951 Airport Parkway, Suite 570**<br>**Addison, TX 75001** | **2011 - 2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

Debtor **Low Voltage Solutions, Inc.** _____    Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Joseph B. Pazoureck III**<br>**4951 Airport Parkway, Suite 570**<br>**Addison, TX 75001** | **2011 - 2022** |
| 26c.2. | **Perkins Dexter Sonopoli and Hamm P.C.**<br>**501 W President George Bush Highway, Sui**<br>**Richardson, TX 75080** | **2012 - 2011** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **B1 Bank**<br>**1629 Smirl Drive Heath**<br>**Rockwall, TX 75032** |
| 26d.2. | **FNBO**<br>**4500 Preston Road**<br>**Frisco, TX 75034** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joseph B. Pazoureck III** | **4951 Airport Parkway, Suite 570**<br>**Addison, TX 75001** | **President** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Micah Tannery (formerly Micah Pazoureck)** | **707 Stowe Ln.**<br>**Lakewood Village, TX 75068** | **President (51%) ownership** | **2011 - Nov 2022** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **Low Voltage Solutions, Inc.**                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Micah Tannery (formerly Micah Pazoureck)**<br>**707 Stowe Lane**<br>**Lakewood Village, TX 75068** | **$ 156,769.20**<br>**Buyout of formerly Micah Tannery in company** | **Jan 2022 - Nov 2022** | |
| | Relationship to debtor<br>**Ex-Wife** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 17, 2022**

**/s/ Joseph B. Pazoureck III**                              **Joseph B. Pazoureck III**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor    **President and Sole Shareholder**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

**Dow Voltage Solutions, Inc.**
**Statement of Financial Affairs for Non-Individuals**
**Attachement to Question No. 3 - Payments to creditors within 90 days before filing**

| Creditor | Address | Dates of Payment | Amount Paid | Reason for Payment or transfer |
|---|---|---|---|---|
| Accordia Insurance | Accordia Insurance<br>215 10th Street<br>Suite 1100<br>Des Moines, IA 50309-3616 | 8-24-2022 | 2,721.97 | Other |
| Accordia Insurance | Accordia Insurance<br>215 10th Street<br>Suite 1100<br>Des Moines, IA 50309-3616 | 9-26-2022 | 2,721.97 | Other |
| Accordia Insurance | Accordia Insurance<br>215 10th Street<br>Suite 1100 | 10-24-2022 | 2,721.97 | Other |
| Ademco Inc, | Ademco Inc.<br>PO Box 731340<br>Dallas, TX  75373-1340 | 8-24-2022 | 103.81 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 8-05-2022 | 46,180.41 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 8-12-2022 | 48,265.42 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 8-19-2022 | 55,090.65 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 8-26-2022 | 50,971.78 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 9-02-2022 | 48,371.46 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 9-09-2022 | 51,287.72 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 9-16-2022 | 43,762.90 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 9-23-2022 | 47,513.40 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 9-30-2022 | 42,625.68 | Services |

Low Voltage Solutions, Inc.

**Statement of Financial Affairs for Non-Individuals**
**Attachement to Question No. 3 - Payments to creditors within 90 days before filing**

| Creditor | Address | Dates of Payment | Amount Paid | Reason for Payment or transfer |
|---|---|---|---|---|
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 10-07-2022 | 45,090.19 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 10-14-2022 | 46,352.00 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 10-21-2022 | 48,955.33 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 10-28-2022 | 43,743.04 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 8-05-2022 | 1,557.86 | Services -401(k) |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 8-12-2022 | 1,825.02 | Services -401(k) |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 8-26-2022 | 1,742.97 | Services -401(k) |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 9-02-2022 | 1,498.14 | Services -401(k) |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 9-09-2022 | 1,852.65 | Services -401(k) |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 9-16-2022 | 1,382.00 | Services -401(k) |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 9-23-2022 | 1,788.08 | Services -401(k) |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 9-30-2022 | 1,426.27 | Services -401(k) |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 10-07-2022 | 1,717.11 | Services -401(k) |

## Low Voltage Solutions, Inc.
### Statement of Financial Affairs for Non-Individuals
### Attachement to Question No. 3 - Payments to creditors within 90 days before filing

| Creditor | Address | Dates of Payment | Amount Paid | Reason for Payment or transfer |
|---|---|---|---|---|
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 10-14-2022 | 1,500.09 | Services -401(k) |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 10-21-2022 | 1,806.83 | Services -401(k) |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 10-28-2022 | 1,436.04 | Services -401(k) |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 8-19-2022 | 1,686.97 | Services -401(k) |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 8-05-2022 | 12,640.17 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 8-12-2022 | 10,964.40 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 8-19-2022 | 17,647.31 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 8-26-2022 | 10,643.40 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 9-02-2022 | 13,377.56 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 9-09-2022 | 11,716.01 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 9-16-2022 | 11,919.99 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 9-23-2022 | 10,113.46 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 9-30-2022 | 11,252.45 | Services |

Low Voltage Solutions, Inc.
**Statement of Financial Affairs for Non-Individuals**
**Attachement to Question No. 3 - Payments to creditors within 90 days before filing**

| Creditor | Address | Dates of Payment | Amount Paid | Reason for Payment or transfer |
|---|---|---|---|---|
| ADP, LLC | ADP, LLC PO Box 842875 Boston, MA 02284-2875 | 10-07-2022 | 9,616.69 | Services |
| ADP, LLC | ADP, LLC PO Box 842875 Boston, MA 02284-2875 | 10-14-2022 | 12,193.25 | Services |
| ADP, LLC | ADP, LLC PO Box 842875 Boston, MA 02284-2875 | 10-21-2022 | 10,519.45 | Services |
| ADP, LLC | ADP, LLC PO Box 842875 Boston, MA 02284-2875 | 10-28-2022 | 12,018.13 | Services |
| ADP, LLC | ADP, LLC PO Box 842875 Boston, MA 02284-2875 | 8-05-2022 | 4,567.64 | Services |
| ADP, LLC | ADP, LLC PO Box 842875 Boston, MA 02284-2875 | 8-12-2022 | 4,727.62 | Services |
| ADP, LLC | ADP, LLC PO Box 842875 Boston, MA 02284-2875 | 8-19-2022 | 5,754.93 | Services |
| ADP, LLC | ADP, LLC PO Box 842875 Boston, MA 02284-2875 | 8-26-2022 | 4,354.41 | Services |
| ADP, LLC | ADP, LLC PO Box 842875 Boston, MA 02284-2875 | 9-02-2022 | 4,311.59 | Services |
| ADP, LLC | ADP, LLC PO Box 842875 Boston, MA 02284-2875 | 9-09-2022 | 4,693.21 | Services |
| ADP, LLC | ADP, LLC PO Box 842875 Boston, MA 02284-2875 | 9-23-2022 | 4,130.89 | Services |
| ADP, LLC | ADP, LLC PO Box 842875 Boston, MA 02284-2875 | 9-30-2022 | 3,685.06 | Services |
| ADP, LLC | ADP, LLC PO Box 842875 Boston, MA 02284-2875 | 10-07-2022 | 3,977.39 | Services |

Dow Voltage Solutions, Inc.
**Statement of Financial Affairs for Non-Individuals**
**Attachement to Question No. 3 - Payments to creditors within 90 days before filing**

| Creditor | Address | Dates of Payment | Amount Paid | Reason for Payment or transfer |
|----------|---------|------------------|-------------|-------------------------------|
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 10-14-2022 | 4,025.19 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 10-21-2022 | 4,241.92 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 10-28-2022 | 3,846.33 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 9-16-2022 | 3,842.88 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 8-25-2022 | 4,035.34 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 9-02-2022 | 1,213.13 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 9-29-2022 | 4,857.49 | Services |
| ADP, LLC | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | 9-30-2022 | 1,205.01 | Services |
| Alphagraphics | Alphagraphics<br>15404 Midway Road<br>Addison TX 75001 | 10-17-2022 | 186.80 | Services |
| Amcon Controls, Inc. | Amcon Controls, Inc.<br>BC Solutions, LLC<br>P.O. Box 641087<br>Dallas TX 75264 | 8-24-2022 | 121.78 | Services |
| Amerisure Mutual Insurance Co | Amerisure Mutual Insurance Co<br>Lockbox #730502<br>Dallas, TX 75373-0502 | 8-25-2022 | 1,626.40 | Other |
| Amerisure Mutual Insurance Co | Amerisure Mutual Insurance Co<br>Lockbox #730502<br>Dallas, TX 75373-0502 | 9-29-2022 | 12,212.70 | Other |
| Ashley Robinson | Ashley Robinson<br>1909 N. Overbrook Dr.<br>Oklahoma City, OK 73121 | 8-09-2022 | 269.00 | Services |

Low Voltage Solutions, Inc.
**Statement of Financial Affairs for Non-Individuals**
**Attachement to Question No. 3 - Payments to creditors within 90 days before filing**

| Creditor | Address | Dates of Payment | Amount Paid | Reason for Payment or transfer |
|---|---|---|---|---|
| Ashley Robinson | Ashley Robinson<br>1909 N. Overbrook Dr.<br>Oklahoma City, OK 73121 | 9-01-2022 | 269.00 | Services |
| Ashley Robinson | Ashley Robinson<br>1909 N. Overbrook Dr.<br>Oklahoma City, OK 73121 | 10-10-2022 | 269.00 | Services |
| Asterra Properties | Asterra Properties<br>2900 W. Anderson Lane<br>Suite C200-347<br>Austin, TX 78757 | 8-09-2022 | 2,560.00 | Other |
| Asterra Properties | Asterra Properties<br>2900 W. Anderson Lane<br>Suite C200-347<br>Austin, TX 78757 | 9-01-2022 | 2,560.00 | Other |
| Asterra Properties | Asterra Properties<br>2900 W. Anderson Lane<br>Suite C200-347<br>Austin, TX 78757 | 10-10-2022 | 2,560.00 | Other |
| AT&T | AT&T<br>PO Box 105414<br>Atlanta, GA 30348-5414 | 8-16-2022 | 227.00 | Services |
| AT&T | AT&T<br>PO Box 105414<br>Atlanta, GA 30348-5414 | 9-15-2022 | 301.58 | Services |
| AT&T | AT&T<br>PO Box 105414<br>Atlanta, GA 30348-5414 | 10-17-2022 | 229.20 | Services |
| Atmos Energy | Atmos Energy<br>PO Box 790311<br>St. Louis, MO 63179 | 8-08-2022 | 434.51 | Services |
| Atmos Energy | Atmos Energy<br>PO Box 790311<br>St. Louis, MO 63179 | 9-19-2022 | 129.68 | Services |
| Atmos Energy | Atmos Energy<br>PO Box 790311<br>St. Louis, MO 63179 | 10-19-2022 | 72.87 | Services |
| Best Wire and Cable | Best Wire and Cable<br>1343 Exchange Dr.<br>Richardson, TX 75081 | 8-11-2022 | 23,401.50 | Services |

Low Voltage Solutions, Inc.
**Statement of Financial Affairs for Non-Individuals**
**Attachement to Question No. 3 - Payments to creditors within 90 days before filing**

| Creditor | Address | Dates of Payment | Amount Paid | Reason for Payment or transfer |
|---|---|---|---|---|
| Best Wire and Cable | Best Wire and Cable<br>1343 Exchange Dr.<br>Richardson, TX 75081 | 9-01-2022 | 18,869.00 | Suppliers or vendors |
| Best Wire and Cable | Best Wire and Cable<br>1343 Exchange Dr.<br>Richardson, TX 75081 | 10-20-2022 | 23,670.45 | Suppliers or vendors |
| Century Link | Century Link<br>100 CenturyLink Drive<br>Monroe LA 71203 | 8-04-2022 | 95.42 | Services |
| Century Link | Century Link<br>100 CenturyLink Drive<br>Monroe LA 71203 | 9-07-2022 | 95.42 | Services |
| Cirro Energy | Cirro Energy<br>PO Box 660004<br>Dallas, TX 75266-0004 | 8-01-2022 | 889.04 | Services |
| Cirro Energy | Cirro Energy<br>PO Box 660004<br>Dallas, TX 75266-0004 | 8-04-2022 | 120.48 | Services |
| Cirro Energy | Cirro Energy<br>PO Box 660004<br>Dallas, TX 75266-0004 | 8-08-2022 | 1,165.65 | Services |
| Cirro Energy | Cirro Energy<br>PO Box 660004<br>Dallas, TX 75266-0004 | 8-31-2022 | 2,335.36 | Services |
| Dallas County Tax Office | Dallas County Tax Office<br>500 Elm Street Ste. 3300<br>Dallas, TX 75202 | 8-09-2022 | 6.50 | Other |
| Dallas County Tax Office | Dallas County Tax Office<br>500 Elm Street Ste. 3300<br>Dallas, TX 75202 | 9-01-2022 | 79.50 | Other |
| Divvy | Divvy<br>13707 S 200 W Ste 100<br>Draper, UT 84020 | 8-01-2022 | 39,952.38 | Services |
| Divvy | Divvy<br>13707 S 200 W Ste 100<br>Draper, UT 84020 | 9-01-2022 | 33,528.80 | Services |
| Divvy | Divvy<br>13707 S 200 W Ste 100<br>Draper, UT 84020 | 10-03-2022 | 39,725.91 | Services |

Low Voltage Solutions, Inc.
**Statement of Financial Affairs for Non-Individuals**
**Attachement to Question No. 3 - Payments to creditors within 90 days before filing**

| Creditor | Address | Dates of Payment | Amount Paid | Reason for Payment or transfer |
|---|---|---|---|---|
| Elliott Electrical Supply | Elliott Electrical Supply PO Box 206524 Dallas, TX 75320-6524 | 8-15-2022 | 26,781.87 | Suppliers or vendors |
| Elliott Electrical Supply | Elliott Electrical Supply PO Box 206524 Dallas, TX 75320-6524 | 8-24-2022 | 8,156.47 | Suppliers or vendors |
| Elliott Electrical Supply | Elliott Electrical Supply PO Box 206524 Dallas, TX 75320-6524 | 9-29-2022 | 21,890.19 | Suppliers or vendors |
| Elliott Electrical Supply | Elliott Electrical Supply PO Box 206524 Dallas, TX 75320-6524 | 9-29-2022 | 8,156.47 | Suppliers or vendors |
| Ellism Skinner Co. | Ellism Skinner Co. 1500 Plantation RD Dallas TX 75235 | 8-24-2022 | 2,088.00 | Suppliers or vendors |
| EON Consulting | EON Consulting 400 W. Oak Street Suite 201 | 8-09-2022 | 6,456.94 | Services |
| EON Consulting | EON Consulting 400 W. Oak Street Suite 201 | 9-06-2022 | 6,397.19 | Services |
| EON Consulting | EON Consulting 400 W. Oak Street Suite 201 | 10-10-2022 | 6,582.08 | Services |
| EquipmentShare.com, Inc. | EquipmentShare.com Inc. PO Box 650429 Dallas, TX 75265 | 8-11-2022 | 1,001.88 | Services |
| EquipmentShare.com, Inc. | EquipmentShare.com Inc. PO Box 650429 Dallas, TX 75265 | 8-24-2022 | 1,706.94 | Services |
| EquipmentShare.com, Inc. | EquipmentShare.com Inc. PO Box 650429 Dallas, TX 75265 | 9-29-2022 | 6,703.29 | Services |
| First State Bank | First State Bank 400 W Oak Street Denton, TX 76201 | 8-01-2022 | 43.80 | Other |
| First State Bank | First State Bank 400 W Oak Street Denton, TX 76201 | 9-02-2022 | 39.62 | Other |

Document    Page 70 of 92

**Statement of Financial Affairs for Non-Individuals**

**Attachement to Question No. 3 - Payments to creditors within 90 days before filing**

| Creditor | Address | Dates of Payment | Amount Paid | Reason for Payment or transfer |
|---|---|---|---|---|
| First State Bank | First State Bank<br>400 W Oak Street<br>Denton, TX 76201 | 10-04-2022 | 49.49 | Other |
| First State Bank | First State Bank<br>400 W Oak Street<br>Denton, TX 76201 | 10-03-2022 | 105.33 | Other |
| First State Bank | First State Bank<br>400 W Oak Street<br>Denton, TX 76201 | 9-02-2022 | 129.17 | Other |
| First State Bank | First State Bank<br>400 W Oak Street<br>Denton, TX 76201 | 10-24-2022 | 200.76 | Other |
| First State Bank | First State Bank<br>1818 N I-35<br>Gainesville, TX 76240 | 8-01-2022 | 1,183.81 | Other |
| First State Bank | First State Bank<br>1818 N I-35<br>Gainesville, TX 76240 | 8-10-2022 | 898.39 | Other |
| First State Bank | First State Bank<br>1818 N I-35<br>Gainesville, TX 76240 | 8-29-2022 | 10,362.64 | Other |
| First State Bank | First State Bank<br>1818 N I-35<br>Gainesville, TX 76240 | 9-01-2022 | 1,183.81 | Other |
| First State Bank | First State Bank<br>1818 N I-35<br>Gainesville, TX 76240 | 9-12-2022 | 898.39 | Other |
| First State Bank | First State Bank<br>1818 N I-35<br>Gainesville, TX 76240 | 9-29-2022 | 8,536.80 | Other |
| First State Bank | First State Bank<br>1818 N I-35<br>Gainesville, TX 76240 | 9-29-2022 | 1,819.31 | Other |
| First State Bank | First State Bank<br>1818 N I-35<br>Gainesville, TX 76240 | 10-03-2022 | 1,183.81 | Other |
| First State Bank | First State Bank<br>1818 N I-35<br>Gainesville, TX 76240 | 10-11-2022 | 898.39 | Other |

## Low Voltage Solutions, Inc.
## Statement of Financial Affairs for Non-Individuals
## Attachement to Question No. 3 - Payments to creditors within 90 days before filing

| Creditor | Address | Dates of Payment | Amount Paid | Reason for Payment or transfer |
|---|---|---|---|---|
| First State Bank | First State Bank<br>1818 N I-35<br>Gainesville, TX 76240 | 9-21-2022 | 20,000.00 | Other |
| First State Bank | First State Bank<br>1818 N I-35<br>Gainesville, TX 76240 | 8-15-2022 | 2,000.00 | Other |
| GM Financial | GM Financial<br>P.O. Box 78143<br>Phoenix AZ 85062-8143 | 8-30-2022 | 1,354.46 | Other |
| Goodman Rent | Goodman Rent<br>789 Sherman Street Ste. 660<br>Denver CO 80200 | 8-02-2022 | 5,261.01 | Other |
| Goodman Rent | Goodman Rent<br>789 Sherman Street Ste. 660<br>Denver CO 80200 | 9-02-2022 | 5,261.01 | Other |
| Granite Telecommunications | Granite Telecommunications<br>Client ID#311<br>PO Box 983119<br>Boston MA 02298-3119 | 8-09-2022 | 1,369.27 | Services |
| Granite Telecommunications | Granite Telecommunications<br>Client ID#311<br>PO Box 983119<br>Boston MA 02298-3119 | 9-01-2022 | 1,370.13 | Services |
| Granite Telecommunications | Granite Telecommunications<br>Client ID#311<br>PO Box 983119<br>Boston MA 02298-3119 | 10-10-2022 | 1,372.36 | Services |
| Graybar | Graybar<br>PO Box 840458<br>Dallas, TX 75284-0458 | 8-24-2022 | 787.80 | Services |
| Graybar | Graybar<br>PO Box 840458<br>Dallas, TX 75284-0458 | 10-20-2022 | 1,578.83 | Other |
| Health Care Service Corp. | Health Care Service Corp.<br>511 East 118th Street<br>New York NY 10035 | 8-18-2022 | 24,645.46 | Other |
| Health Care Service Corp. | Health Care Service Corp.<br>511 East 118th Street<br>New York NY 10035 | 9-23-2022 | 22,326.42 | Services |

**Low Voltage Solutions, Inc.**
**Statement of Financial Affairs for Non-Individuals**
**Attachement to Question No. 3 - Payments to creditors within 90 days before filing**

| Creditor | Address | Dates of Payment | Amount Paid | Reason for Payment or transfer |
|---|---|---|---|---|
| Health Street | Health Street<br>511 East 118th Street<br>New York, NY 10035 | 8-24-2022 | 99.00 | Services |
| I-240 Partners LLC | I-240 Partners LLC<br>c/o InterWest Realty<br>Attn: George W. huffman, Manager<br>4900 Richmond Square Drive<br>Oklahoma City, OK 73118 | 8-09-2022 | 4,000.00 | Other |
| I-240 Partners LLC | I-240 Partners LLC<br>c/o InterWest Realty<br>Attn: George W. huffman, Manager<br>4900 Richmond Square Drive<br>Oklahoma City, OK 73118 | 9-01-2022 | 4,000.00 | Other |
| I-240 Partners LLC | I-240 Partners LLC<br>c/o InterWest Realty<br>Attn: George W. huffman, Manager<br>4900 Richmond Square Drive<br>Oklahoma City, OK 73118 | 10-10-2022 | 4,000.00 | Other |
| IEC - Oklahoma | IEC - Oklahoma<br>1504 S. Walker<br>Oklahoma City, OK 73109 | 8-24-2022 | 463.20 | Services |
| Julio Benavides | Julio Benavides<br>1814 Proctor Dr<br>Grand Prairie, TX 75051 | 10-10-2022 | 392.57 | Services |
| Katten Muchin Rosenman LLP | Katten Muchin Rosenman LLP<br>Attn: John E. Mitchell<br>2121 North Pearl Street, Suite 1100<br>Dallas, TX 75201-2591 | 11-07-2022 | 18,338.00 | Legal |
| Kennington Commerical | Kennington Commercial<br>Attn: Clayton Kennington<br>P.O. Box 192269<br>Dallas, TX 75219 | 8-09-2022 | 8,330.79 | Other |
| Kennington Commerical | Kennington Commercial<br>Attn: Clayton Kennington<br>P.O. Box 192269<br>Dallas, TX 75219 | 9-15-2022 | 8,330.79 | Other |
| Kennington Commerical | Kennington Commercial<br>Attn: Clayton Kennington<br>P.O. Box 192269<br>Dallas, TX 75219 | 10-18-2022 | 8,330.79 | Other |
| LEAF Capital Funding LLC | LEAF Capital Funding LLC<br>1720A Crete Street<br>Moberly, MO 65270 | 8-03-2022 | 1,376.80 | Other |

Low Voltage Solutions, Inc.

**Statement of Financial Affairs for Non-Individuals**

**Attachement to Question No. 3 - Payments to creditors within 90 days before filing**

| Creditor | Address | Dates of Payment | Amount Paid | Reason for Payment or transfer |
|---|---|---|---|---|
| LEAF Capital Funding LLC | LEAF Capital Funding LLC<br>1720A Crete Street<br>Moberly, MO 65270 | 9-06-2022 | 1,376.80 | Other |
| LEAF Capital Funding LLC | LEAF Capital Funding LLC<br>1720A Crete Street<br>Moberly, MO 65270 | 10-03-2022 | 1,376.80 | Other |
| Marlin Business Bank | Marlin Business Bank<br>PO Box 13604<br>Philadelphia, PA 19101-3604 | 8-23-2022 | 728.54 | Other |
| Marlin Business Bank | Marlin Business Bank<br>PO Box 13604<br>Philadelphia, PA 19101-3604 | 9-21-2022 | 728.54 | Other |
| Marlin Business Bank | Marlin Business Bank<br>PO Box 13604<br>Philadelphia, PA 19101-3604 | 10-21-2022 | 728.54 | Other |
| Mobile Mini | Mobile Mini<br>PO Box 650882<br>Dallas, TX 75265-0882<br>Mobile Mini | 8-24-2022 | 343.71 | Services |
| National Fire Protection | National Fire Protection<br>P.O Box 9689<br>Manchester, NH 03108-9689 | 8-24-2022 | 175.00 | Other |
| OES Equipment | OES Equipment<br>37421 Centralmont Place<br>Fremont, CA 94536 | 8-24-2022 | 1,639.14 | Suppliers or vendors |
| OES Equipment | OES Equipment<br>37421 Centralmont Place<br>Fremont, CA 94536 | 10-17-2022 | 1,229.38 | Suppliers or vendors |
| OG&E | OG&E<br>PO Box 24990<br>Oklahoma City, OK 73124-0990 | 8-08-2022 | 48.96 | Services |
| OG&E | OG&E<br>PO Box 24990<br>Oklahoma City, OK 73124-0990 | 9-07-2022 | 327.51 | Services |
| OG&E | OG&E<br>PO Box 24990<br>Oklahoma City, OK 73124-0990 | 10-10-2022 | 250.79 | Services |
| QED Inc. | QED Inc.<br>PO Box 841462<br>Dallas, TX 75284-1462 | 8-11-2022 | 1,571.50 | Services |

Low Voltage Solutions, Inc.
Statement of Financial Affairs for Non-Individuals
Attachement to Question No. 3 - Payments to creditors within 90 days before filing

| Creditor | Address | Dates of Payment | Amount Paid | Reason for Payment or transfer |
|---|---|---|---|---|
| QED Inc. | QED Inc.<br>PO Box 841462<br>Dallas, TX 75284-1462 | 9-29-2022 | 2,392.58 | Suppliers or vendors |
| RAM Tool | RAM Tool<br>PO Box 743487<br>Atlanta, GA 30374-3487 | 8-24-2022 | 1,564.73 | Suppliers or vendors |
| RAM Tool | RAM Tool<br>PO Box 743487<br>Atlanta, GA 30374-3487 | 9-29-2022 | 1,547.21 | Suppliers or vendors |
| Rexel Electrical & Datacom Sup | Rexel Electrical & Datacom Sup<br>PO Box 840638<br>Dallas, TX 75284-0638 | 8-24-2022 | 160.45 | Services |
| Riney Packard, PLLC | Riney Packard, PLLC<br>5420 LBJ Freeway<br>Suite 220<br>Dallas, TX 75240 | 8-24-2022 | 90.00 | Services |
| Rogelio Zendejas | Rogelio Zendejas<br>3025 Bright St<br>Fort Worth, TX  76105 | 10-10-2022 | 225.86 | Services |
| Sharp Business Systems | Sharp Business Systems<br>PO Box 121205<br>Dallas, TX 75312 | 8-24-2022 | 337.50 | Services |
| Sharp Business Systems | Sharp Business Systems<br>PO Box 121205<br>Dallas, TX 75312 | 9-29-2022 | 121.31 | Services |
| Sharp Business Systems | Sharp Business Systems<br>PO Box 121205<br>Dallas, TX 75312 | 10-20-2022 | 64.42 | Services |
| SHRED-IT | SHRED-IT<br>1625 Wallace Dr.  #140<br>Carrollton TX 75006 | 9-29-2022 | 475.65 | Services |
| Staples Advantage | Staples Advantage<br>Staples Business Credit<br>PO Box 105638<br>Atlanta, GA 30348-5638 | 8-24-2022 | 744.34 | Suppliers or vendors |
| Staples Advantage | Staples Advantage<br>Staples Business Credit<br>PO Box 105638<br>Atlanta, GA 30348-5638 | 10-20-2022 | 143.59 | Suppliers or vendors |

Low Voltage Solutions, Inc.

**Statement of Financial Affairs for Non-Individuals**

**Attachement to Question No. 3 - Payments to creditors within 90 days before filing**

| Creditor | Address | Dates of Payment | Amount Paid | Reason for Payment or transfer |
|---|---|---|---|---|
| Stratus Building Solutions | Stratus Building Solutions 2331 Farrington St Dallas, TX 75207 | 8-09-2022 | 535.84 | Services |
| Stratus Building Solutions | Stratus Building Solutions 2331 Farrington St Dallas, TX 75207 | 9-01-2022 | 535.84 | Services |
| Stratus Building Solutions | Stratus Building Solutions 2331 Farrington St Dallas, TX 75207 | 10-10-2022 | 535.84 | Services |
| Sun Life Financial | Sun Life Financial PO Box 807009 Kansas City MO 64184-7009 | 8-18-2022 | 2,462.35 | Other |
| Sun Life Financial | Sun Life Financial PO Box 807009 Kansas City MO 64184-7009 | 9-22-2022 | 3,448.62 | Other |
| Texas First Rentals LLC | Texas First Rentals LLC PO Box 650869 Dallas, TX 75265-0869 | 8-24-2022 | 2,431.88 | Services |
| Texas First Rentals LLC | Texas First Rentals LLC PO Box 650869 Dallas, TX 75265-0869 | 10-20-2022 | 1,801.49 | Suppliers or vendors |
| The AB&Y Group, LLC. | The AB&Y Group, LLC. 3016 Polar Ln Ste 101 Cedar Park, TX 758613 | 10-17-2022 | 6,467.50 | Other |
| The AB&Y Group, LLC. | The AB&Y Group, LLC. 3016 Polar Ln Ste 101 Cedar Park, TX 758613 | 10-20-2022 | 3,120.00 | Other |
| Travelers | Travelers PO Box 660317 Dallas, TX 75266-0317 | 8-25-2022 | 2,078.40 | Other |
| United Rentals, Inc | United Rentals, Inc. PO Box 840514 Dallas, TX 75284-0514 | 8-24-2022 | 653.25 | Services |
| United Rentals, Inc | United Rentals, Inc. PO Box 840514 Dallas, TX 75284-0514 | 9-29-2022 | 1,306.50 | Services |

**Low Voltage Solutions, Inc.**
**Statement of Financial Affairs for Non-Individuals**
**Attachement to Question No. 3 - Payments to creditors within 90 days before filing**

| Creditor | Address | Dates of Payment | Amount Paid | Reason for Payment or transfer |
|---|---|---|---|---|
| Waste Connections of Oklahoma | Waste Connections of Oklahoma<br>4625 South Rockwell<br>Oklahoma City, OK 73179-6415 | 8-18-2022 | 220.04 | Services |
| Waste Connections of Oklahoma | Waste Connections of Oklahoma<br>4625 South Rockwell<br>Oklahoma City, OK 73179-6415 | 9-20-2022 | 220.04 | Services |
| Waste Connections of Oklahoma | Waste Connections of Oklahoma<br>4625 South Rockwell<br>Oklahoma City, OK 73179-6415 | 10-18-2022 | 220.04 | Services |
| Weber Group Advisors | Waste Connections of Oklahoma<br>4625 South Rockwell<br>Oklahoma City, OK 73179-6415 | 8-11-2022 | 6,074.00 | Other |
| Xcel Energy | Xcel Energy<br>PO Box 9477<br>MPLS, MN 55484-9477 | 8-17-2022 | 249.71 | Services |
| Xcel Energy | Xcel Energy<br>PO Box 9477<br>MPLS, MN 55484-9477 | 9-19-2022 | 320.45 | Services |

BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                      §
                                            §
**Low Voltage Solutions, Inc.**             §         Case No.:
                                            §
                                            §
                                            §
                        Debtor(s)           §
                                            §

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

    ■   is the first mail matrix in this case.

    ☐   adds entities not listed on previously filed mailing list(s).

    ☐   changes or corrects name(s) and address(es) on previously filed mailing list(s).

    ☐   deletes name(s) and address(es) on previously filed mailing list(s).

       In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:  **November 17, 2022**                 /s/ Joseph B. Pazoureck III
                                             **Joseph B. Pazoureck III/President and Sole Shareholder**
                                             Signer/Title

Date:  **November 17, 2022**                 /s/ John E. Mitchell
                                             Signature of Attorney
                                             **John E. Mitchell**
                                             **Katten Muchin Rosenman LLP**
                                             **2121 North Pearl Street, Suite 1100**
                                             **Dallas, TX 75201-2591**
                                             **214-765-3600   Fax: 214-765-3602**

                                             **45-3192160**
                                             Debtor's Social Security/Tax ID No.


                                             Joint Debtor's Social Security/Tax ID No.

100 Percision Business Park, LLC
2900 W Anderson Lane, Suite C200-347
Austin, TX 78757


Accordia Insurance
215 10th Street, Ste 1100
Des Moines, IA 50309-3616


Ademco Inc.
PO Box 731340
Dallas, TX 75373-1340


ADP, LLC
PO Box 842875
Boston, MA 02284-2875


Advantage Waste Disposal
2500 W Bruton Rd
Balch Springs, TX 75180


Alcon Services, Inc.
1308 Indigo Creek Way
Gunter, TX 75058


Alphagraphics
15404 Midway Road
Addison, TX 75001


Amcon Controls, Inc.
BC Solutions, LLC
P.O. Box 641087
Dallas, TX 75264


Amerisure Mutual Insurance Co
Lockbox #730502
Dallas, TX 75373-0502

Ashley Robinson
1909 N. Overbrook Dr.
Oklahoma City, OK 73121

Asterra Management
c/o Andrew M. Karr
1710 Houston Street
Austin, TX 78756

Asterra Properties
c/o Andrew Karr
1710 Houston Street
Austin, TX 78756

Asterra Properties
2900 W. Anderson Lane
Suite C200-347
Austin, TX 78757

AT&T
PO Box 105414
Atlanta, GA 30348-5414

Atmos Energy
PO Box 790311
Saint Louis, MO 63179

Avetta, LLC
PO Box 8474
Pasadena, CA 91109-8474

Best Wire and Cable
1343 Exchange Dr.
Richardson, TX 75081

BFS Retail & Commercial Ops.
BSRO Natl. Accts.
28772 Network Place
Chicago, IL 60673-1287

Centex IEC - Austin
PO Box 180366
Austin, TX 78718-0366


Century Link
100 CenturyLink Drive
Monroe, LA 71203


Cirro Energy
PO Box 660004
Dallas, TX 75266-0004


City Of Addison Utilities
Finance Department
5350 Belt Line Road
Dallas, TX 75254


City of Austin
PO Box 2237
Austin, TX 78783-2267


City of AustiN Department of Treasury
2006 East 4th Street
Austin, TX 78702


Cox Communications
PO Box 24885
Oklahoma City, OK 73124


Dallas City Secretary's Office
1500 Marilla Street, Suite 5DS
Dallas, TX 75201


Dallas County Tax Office
500 Elm Street Ste. 3300
Dallas, TX 75202

Dallas Mechanical Group
Attn: Wes Farley
11925 N. Stemmons Freeway, Ste 130
Dallas, TX 75234


Data Optics Cable
250 East Ramsey Rd
San Antonio, TX 78216


Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0046


Divvy
13707 S 200 W Ste 100
Draper, UT 84020


Elliott Electrical Supply
PO Box 206524
Dallas, TX 75320-6524


Ellism Skinner Co.
1500 Plantation RD
Dallas, TX 75235


EON Consulting
400 W. Oak Street, Ste. 201
Denton, TX 76201


EquipmentShare.com Inc.
PO Box 650429
Dallas, TX 75265


Equitable Commercial Realty
PO Box 650429
Dallas, TX 75265

Equitable Commercial Realty
c/o Lee Ellison
812 San Antonio, Ste 105
Austin, TX 78701


Farmer Business Systems, LLC
1880 Crown Dr. #1210
Dallas, TX 75234


FASTENAL Company
PO Box 978
Winona, MN 55987


First State Bank
1818 N I-35
Gainesville, TX 76240


First State Bank
400 W Oak Street
Denton, TX 76201


First State Bank
801 E California Street
Gainesville, TX 76240


General Counsel, Social Security Admin
6401 Security Boulevard, Room 611
Baltimore, MD 21235


Genuine Cable Group
PO Box 734769
Chicago, IL 60673-4769


GM Financial
P.O. Box 78143
Phoenix, AZ 85062-8143

Goodman Rent
789 Sherman Street Ste 660
Denver, CO 80200


Grainger
DEPT. 884954561
PO Box 419267
Kansas City, MO 64141


Granite Telecommunications
Client ID#311
PO Box 983119
Boston, MA 02298-3119


Graybar
PO Box 840458
Dallas, TX 75284-0458


Health Care Service Corp.
511 East 118th Street
New York, NY 10035


Health Street
511 East 118th Street
New York, NY 10035


Hilti, Inc
P.O. Box 120001
Dept 0890
Dallas, TX 75312-0890


Huselton, Morgan & Maultsby
P.O 6799909
Dallas, TX 75267


I-240 Partners LLC
c/o InterWest Realty
Attn: George W. Huffman, Manager
4900 Richmond Square Drive, Suite 200
Oklahoma City, OK 73118

IEC - AustinIEC - Austin
Centex IEC
PO Box 180366
Austin, TX 78718-0366


IEC - Dallas
1931 Hereford Dr.
Irving, TX 75038


IEC - Oklahoma
1504 S. Walker
Oklahoma City, OK 73109


Internal Revenue Service
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346


Johnson Controls
Attn: Danial D. Kurtz
Project Mgr BSNA N.A.
3021 West Bend Dr.
Irving, TX 75063


Johnson Controls Fire Protection LP
Attn: Rob Petterson
3021 West Bend Dr.
Irving, TX 75063


Julio Benavides
1814 Proctor Dr
Grand Prairie, TX 75051


Kele
PO Box 734825
Dallas, TX 75373-4825


Kennington Commercial
Attn: Clayton Kennington
P.O. Box 192269
Dallas, TX 75219

Kennington Parkway, Ltd.
Attn: Clayton Kennington
P.O. Box 192269
Dallas, TX 75219


Lane Gorman Trubitt, LLC
2626 Howell St.
Ste 700
Dallas, TX 75204


LEAF Capital Funding LLC
1720A Crete Street
Moberly, MO 65270


LEAF Capital Funding LLC
PO Box 644006
Cincinnati, OH 45264-4006


Liberty Power
2100 W. Cypress Creek Road
Suite 130
Fort Lauderdale, FL 33309


Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604


Mobile Mini
PO Box 650882
Dallas, TX 75265-0882


National Fire Protection
P.O Box 9689
Manchester, NH 03108-9689


OES Equipment
37421 Centralmont Place
Fremont, CA 94536

Office of the Attorney General
Main Justice Building, Room 5111
10th and Constitutional Ave., N.W.
Washington, DC 20530


Office of the United States Attorney
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699


Office of the United States Trustee
Earle Cabell Federal Building
1100 Commerce Street, Room 976
Dallas, TX 75242


OG&E
PO Box 24990
Oklahoma City, OK 73124-0990


Oklahoma Department of Labor
3017 N. Stiles, Suite 100
Oklahoma City, OK 73105


Oklahoma Tax Commission
PO Box 269027
Oklahoma City, OK 73126-9027


Oklahoma Tax Commission
PO Box 26890
Oklahoma City, OK 73126-0890


Oncor Electric Delivery
Attn: Tina Pringle
1015 Hutton Dr
Carrollton, TX 75006


Outsource LLC
PO Box 51535
Los Angeles, CA 90051-5835

Penhall Company
PO Box 842911
Los Angeles, CA 90084-2911


Perkins Dexter Sonopoli and Hamm P.C.
501 W President George Bush Highway, Sui
Richardson, TX 75080


QED Inc.
PO Box 841462
Dallas, TX 75284-1462


RAM Tool
PO Box 743487
Atlanta, GA 30374-3487


Rexel Electrical & Datacom Sup
PO Box 840638
Dallas, TX 75284-0638


Riney Packard, PLLC
5420 LBJ Freeway, Ste 220
Dallas, TX 75240


Ritz-Lone Star Safety
PO Box 713139
Cincinnati, OH 45271-3139


Rogelio Zendejas
3025 Bright St
Fort Worth, TX 76105


Sharp Business Systems
PO Box 121205
Dallas, TX 75312

SHRED-IT
1625 Wallace Dr.  #140
Carrollton, TX 75006


Social Security Administration
Attn: Bankruptcy Coordinator
Office of the General Counsel, Reg VI
1301 Young Street
Dallas, TX 75202


Sparkletts & Sierra Springs
PO Box 660579
Dallas, TX 75266-0579


Spectrum Business
Charter Communications
PO Box 60074
City of Industry, CA 91716-0074


Staples Advantage
Staples Business Credit
PO Box 105638
Atlanta, GA 30348-5638


Stratus Building Solutions
2331 Farrington St
Dallas, TX 75207


Sun Life Financial
PO Box 807009
Kansas City, MO 64184-7009


Temperature Controls Systems
PO Box 550249
Dallas, TX 75355-0249


Texas Attorney General's Office
Bankruptcy-Collections Division
PO Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
P.O. Box 13528
Austin, TX 78711


Texas Dept of Motor Vehicles
Vehicle Titles and Registration
Austin, TX 78779-0001


Texas Dept. of Insurance
State Fire Marshall's Office
Mail Code 112-FM/PO Box 149221
Austin, TX 78714-9221


Texas Dept. of Licensing & Reg
PO Box 12157
Austin, TX 78711-2157


Texas Dept. of Public Safety
Private Security MSC 0242
PO Box 15999
Austin, TX 78761-5999


Texas First Rentals LLC
PO Box 650869
Dallas, TX 75265-0869


Texas Workforce Commission
Attn: Cashier-C69
PO Box 149080
Austin, TX 78714-9080


Texas Workforce Commission
Bankruptcy Division
101 East 15th Street
Austin, TX 78778


The AB&Y Group, LLC.
3016 Polar Ln. Ste 101
Cedar Park, TX 75861-3000

TLC Office Systems
L-3791
Columbus, OH 43260-3791


Trane
Attn: Matthew McAffrey
Area Contracting Mgr- OK
305 Hudiburg Cir.
Oklahoma City, OK 73108


Travelers
PO Box 660317
Dallas, TX 75266-0317


Travis County Tax Office
PO Box 149328
Austin, TX 78714-9328


TXU Energy
PO Box 650638
Dallas, TX 75265


United Rentals, Inc.
PO Box 840514
Dallas, TX 75284-0514


Waste Connections of Oklahoma
4625 South Rockwell
Oklahoma City, OK 73179-6415


Weber Group Advisors
17738 Preston Rd, Suite 101
Dallas, TX 75252


Wells Fargo Advisors
FBO Joseph Pazoureck III IRA
2400 Dallas Pkwy, H3852-170 Ste 1
Plano, TX 75093

Xcel Energy
PO Box 9477
Minneapolis, MN 55484-9477

# United States Bankruptcy Court
## Northern District of Texas

In re   **Low Voltage Solutions, Inc.**                                        Case No. _____
                                                  Debtor(s)       Chapter    **7**   _____

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I:  DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within 7 days after the petition, lists, statements, and schedules have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

■   I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:  **November 17, 2022** _____        /s/ Joseph B. Pazoureck III _____
                                                  **Joseph B. Pazoureck III,** President
                                                  and Sole Shareholder

### PART II:  DECLARATION OF ATTORNEY:

I declare ***under penalty of perjury*** that:  (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:  **November 17, 2022** _____         /s/ John E. Mitchell _____
                                                  **John E. Mitchell,** Attorney for Debtor
                                                  **2121 North Pearl Street, Suite 1100**
                                                  **Dallas, TX 75201-2591**
                                                  **214-765-3600 Fax:214-765-3602**