**Fill in this information to identify the case:**

Debtor name: **Low Voltage Solutions, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **22-32164-7**

☒ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Accordia Insurance**<br>**215 10th Street, Ste 1100**<br>**Des Moines, IA 50309-3616**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Services provided**<br>Is the claim subject to offset?  ☒ No  ☐ Yes | **Unknown** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Ademco Inc.**<br>**PO Box 731340**<br>**Dallas, TX 75373-1340**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Services provided**<br>Is the claim subject to offset?  ☒ No  ☐ Yes | **$0.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**ADP, LLC**<br>**PO Box 842875**<br>**Boston, MA 02284-2875**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Services provided**<br>Is the claim subject to offset?  ☒ No  ☐ Yes | **$3,715.56** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Advantage Waste Disposal**<br>**2500 W Bruton Rd**<br>**Balch Springs, TX 75180**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Services provided**<br>Is the claim subject to offset?  ☒ No  ☐ Yes | **$0.00** |

| Debtor | Low Voltage Solutions, Inc. | Case number (if known) | 22-32164-7 |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Alcon Services, Inc.**<br>**1308 Indigo Creek Way**<br>**Gunter, TX 75058**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services provided**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Alphagraphics**<br>**15404 Midway Road**<br>**Addison, TX 75001**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services provided**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Amcon Controls, Inc.**<br>**BC Solutions, LLC**<br>**P.O. Box 641087**<br>**Dallas, TX 75264**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services provided**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Amerisure Mutual Insurance Co**<br>**Lockbox #730502**<br>**Dallas, TX 75373-0502**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Insurance**<br>Is the claim subject to offset? ■ No  ☐ Yes | $12,212.70 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Ashley Robinson**<br>**1909 N. Overbrook Dr.**<br>**Oklahoma City, OK 73121**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Asterra Management**<br>**c/o Andrew M. Karr**<br>**1710 Houston Street**<br>**Austin, TX 78756**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Asterra Properties**<br>**c/o Andrew Karr**<br>**1710 Houston Street**<br>**Austin, TX 78756**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |

| Debtor | Low Voltage Solutions, Inc. | Case number (if known) | 22-32164-7 |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>Asterra Properties<br>2900 W. Anderson Lane<br>Suite C200-347<br>Austin, TX 78757<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>AT&T<br>PO Box 105414<br>Atlanta, GA 30348-5414<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services provided<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **Unknown** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Atmos Energy<br>PO Box 790311<br>Saint Louis, MO 63179<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** utility services<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$0.00** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Avetta, LLC<br>PO Box 8474<br>Pasadena, CA 91109-8474<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$0.00** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Best Wire and Cable<br>1343 Exchange Dr.<br>Richardson, TX 75081<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services provided<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$66,258.40** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>BFS Retail & Commercial Ops.<br>BSRO Natl. Accts.<br>28772 Network Place<br>Chicago, IL 60673-1287<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$4,175.01** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Centex IEC - Austin<br>PO Box 180366<br>Austin, TX 78718-0366<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$1,449.51** |

| Debtor | Low Voltage Solutions, Inc. | Case number (if known) | 22-32164-7 |
|---|---|---|---|
| | Name | | |

### 3.19
**Nonpriority creditor's name and mailing address**
**Century Link**
**100 CenturyLink Drive**
**Monroe, LA 71203**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services provided__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

### 3.20
**Nonpriority creditor's name and mailing address**
**Cirro Energy**
**PO Box 660004**
**Dallas, TX 75266-0004**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __utility services__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

### 3.21
**Nonpriority creditor's name and mailing address**
**City Of Addison Utilities**
**Finance Department**
**5350 Belt Line Road**
**Dallas, TX 75254**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

### 3.22
**Nonpriority creditor's name and mailing address**
**City of Austin**
**PO Box 2237**
**Austin, TX 78783-2267**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

### 3.23
**Nonpriority creditor's name and mailing address**
**City of AustiN Department of Treasury**
**2006 East 4th Street**
**Austin, TX 78702**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

### 3.24
**Nonpriority creditor's name and mailing address**
**Cox Communications**
**PO Box 24885**
**Oklahoma City, OK 73124**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services provided__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

### 3.25
**Nonpriority creditor's name and mailing address**
**Cytracom LLC**
**PO Box 92206**
**Las Vegas, NV 89193-2206**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

| Debtor | Low Voltage Solutions, Inc. | Case number (if known) | 22-32164-7 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Dallas City Secretary's Office**<br>**1500 Marilla Street, Suite 5DS**<br>**Dallas, TX 75201**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Dallas County Tax Office**<br>**500 Elm Street Ste. 3300**<br>**Dallas, TX 75202**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Data Optics Cable**<br>**250 East Ramsey Rd**<br>**San Antonio, TX 78216**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Services provided**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Department of the Treasury**<br>**Internal Revenue Service**<br>**Ogden, UT 84201-0046**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Divvy**<br>**13707 S 200 W Ste 100**<br>**Draper, UT 84020**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Elliott Electrical Supply**<br>**PO Box 206524**<br>**Dallas, TX 75320-6524**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $60,922.05 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Ellism Skinner Co.**<br>**1500 Plantation RD**<br>**Dallas, TX 75235**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

| Debtor | Low Voltage Solutions, Inc. | Case number (if known) | 22-32164-7 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**EON Consulting**<br>**400 W. Oak Street, Ste. 201**<br>**Denton, TX 76201**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**EquipmentShare.com Inc.**<br>**PO Box 650429**<br>**Dallas, TX 75265**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $11,192.07 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Equitable Commercial Realty**<br>**PO Box 650429**<br>**Dallas, TX 75265**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Equitable Commercial Realty**<br>**c/o Lee Ellison**<br>**812 San Antonio, Ste 105**<br>**Austin, TX 78701**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**FASTENAL Company**<br>**PO Box 978**<br>**Winona, MN 55987**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**First State Bank**<br>**1818 N I-35**<br>**Gainesville, TX 76240**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lender**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**First State Bank**<br>**400 W Oak Street**<br>**Denton, TX 76201**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

| Debtor | Low Voltage Solutions, Inc. | Case number (if known) | 22-32164-7 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**First State Bank**<br>**801 E California Street**<br>**Gainesville, TX 76240**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**General Counsel, Social Security Admin**<br>**6401 Security Boulevard, Room 611**<br>**Baltimore, MD 21235**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Genuine Cable Group**<br>**PO Box 734769**<br>**Chicago, IL 60673-4769**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**GM Financial**<br>**P.O. Box 78143**<br>**Phoenix, AZ 85062-8143**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Goodman Rent**<br>**789 Sherman Street Ste 660**<br>**Denver, CO 80200**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Grainger**<br>**DEPT. 884954561**<br>**PO Box 419267**<br>**Kansas City, MO 64141**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Granite Telecommunications**<br>**Client ID#311**<br>**PO Box 983119**<br>**Boston, MA 02298-3119**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| Debtor | Low Voltage Solutions, Inc. | Case number (if known) | 22-32164-7 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address**<br>Graybar<br>PO Box 840458<br>Dallas, TX 75284-0458 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,358.75 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>Health Care Service Corp.<br>511 East 118th Street<br>New York, NY 10035 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>Health Street<br>511 East 118th Street<br>New York, NY 10035 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>Hilti, Inc<br>P.O. Box 120001<br>Dept 0890<br>Dallas, TX 75312-0890 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>Huselton, Morgan & Maultsby<br>P.O 6799909<br>Dallas, TX 75267 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,000.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>I-240 Partners LLC<br>c/o InterWest Realty<br>Attn: George W. Huffman, Manager<br>4900 Richmond Square Drive, Suite 200<br>Oklahoma City, OK 73118 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Landlord**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>IEC - AustinIEC - Austin<br>Centex IEC<br>PO Box 180366<br>Austin, TX 78718-0366 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Low Voltage Solutions, Inc. | Case number (if known) | 22-32164-7 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**IEC - Dallas**<br>**1931 Hereford Dr.**<br>**Irving, TX 75038** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,780.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**IEC - Oklahoma**<br>**1504 S. Walker**<br>**Oklahoma City, OK 73109** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$163.20** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**Centralized Insolvency Office**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Johnson Controls**<br>**Attn: Danial D. Kurtz**<br>**Project Mgr BSNA N.A.**<br>**3021 West Bend Dr.**<br>**Irving, TX 75063** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Services provided** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Johnson Controls Fire Protection LP**<br>**Attn: Rob Petterson**<br>**3021 West Bend Dr.**<br>**Irving, TX 75063** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Services provided** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Julio Benavides**<br>**1814 Proctor Dr**<br>**Grand Prairie, TX 75051** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Kele**<br>**PO Box 734825**<br>**Dallas, TX 75373-4825** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **Low Voltage Solutions, Inc.** Case number (if known) **22-32164-7**
Name

| 3.61 | **Nonpriority creditor's name and mailing address** **Kennington Commercial** **Attn: Clayton Kennington** **P.O. Box 192269** **Dallas, TX 75219** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** **Lane Gorman Trubitt, LLC** **2626 Howell St.** **Ste 700** **Dallas, TX 75204** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $8,500.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** **LEAF Capital Funding LLC** **1720A Crete Street** **Moberly, MO 65270** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,376.80 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Equipment Lease** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** **Liberty Power** **2100 W. Cypress Creek Road** **Suite 130** **Fort Lauderdale, FL 33309** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **utility services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** **Marlin Business Bank** **PO Box 13604** **Philadelphia, PA 19101-3604** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Lender** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** **Mobile Mini** **PO Box 650882** **Dallas, TX 75265-0882** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,020.47 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** **National Fire Protection** **P.O Box 9689** **Manchester, NH 03108-9689** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| Debtor | Low Voltage Solutions, Inc. | Case number (if known) | 22-32164-7 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**OES Equipment**<br>**37421 Centralmont Place**<br>**Fremont, CA 94536**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,229.33 |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**Office of the Attorney General**<br>**Main Justice Building, Room 5111**<br>**10th and Constitutional Ave., N.W.**<br>**Washington, DC 20530**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**Office of the United States Attorney**<br>**1100 Commerce Street, Third Floor**<br>**Dallas, TX 75242-1699**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Office of the United States Trustee**<br>**Earle Cabell Federal Building**<br>**1100 Commerce Street, Room 976**<br>**Dallas, TX 75242**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**OG&E**<br>**PO Box 24990**<br>**Oklahoma City, OK 73124-0990**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Oklahoma Department of Labor**<br>**3017 N. Stiles, Suite 100**<br>**Oklahoma City, OK 73105**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**Oklahoma Tax Commission**<br>**PO Box 269027**<br>**Oklahoma City, OK 73126-9027**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

| Debtor | Low Voltage Solutions, Inc. | Case number (if known) | 22-32164-7 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**Oklahoma Tax Commission**<br>**PO Box 26890**<br>**Oklahoma City, OK 73126-0890** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**Oncor Electric Delivery**<br>**Attn: Tina Pringle**<br>**1015 Hutton Dr**<br>**Carrollton, TX 75006** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>**Outsource LLC**<br>**PO Box 51535**<br>**Los Angeles, CA 90051-5835** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,200.00 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>**Penhall Company**<br>**PO Box 842911**<br>**Los Angeles, CA 90084-2911** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,175.00 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**Perkins Dexter Sonopoli and Hamm P.C.**<br>**501 W President George Bush Highway, Sui**<br>**Richardson, TX 75080** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,898.50 |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Services provided** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**QED Inc.**<br>**PO Box 841462**<br>**Dallas, TX 75284-1462** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,957.08 |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**RAM Tool**<br>**PO Box 743487**<br>**Atlanta, GA 30374-3487** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,448.45 |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Services provided** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Low Voltage Solutions, Inc.**     Case number (if known) **22-32164-7**
Name

| 3.82 | **Nonpriority creditor's name and mailing address** **Rexel Electrical & Datacom Sup** PO Box 840638 Dallas, TX 75284-0638 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$20.54** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** **Riney Packard, PLLC** 5420 LBJ Freeway, Ste 220 Dallas, TX 75240 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$4,107.50** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** **Ritz-Lone Star Safety** PO Box 713139 Cincinnati, OH 45271-3139 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$165.42** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** **Rogelio Zendejas** 3025 Bright St Fort Worth, TX 76105 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** **Sharp Business Systems** PO Box 121205 Dallas, TX 75312 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** **SHRED-IT** 1625 Wallace Dr. #140 Carrollton, TX 75006 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Services provided** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** **Social Security Administration** Attn: Bankruptcy Coordinator Office of the General Counsel, Reg VI 1301 Young Street Dallas, TX 75202 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Low Voltage Solutions, Inc. | Case number (if known) | 22-32164-7 |
|---|---|---|---|
| | Name | | |

---

**3.89** **Nonpriority creditor's name and mailing address**
**Sparkletts & Sierra Springs**
PO Box 660579
Dallas, TX 75266-0579

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.90** **Nonpriority creditor's name and mailing address**
**Spectrum Business**
**Charter Communications**
PO Box 60074
City of Industry, CA 91716-0074

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.91** **Nonpriority creditor's name and mailing address**
**Staples Advantage**
**Staples Business Credit**
PO Box 105638
Atlanta, GA 30348-5638

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$49.11**

---

**3.92** **Nonpriority creditor's name and mailing address**
**Stratus Building Solutions**
2331 Farrington St
Dallas, TX 75207

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.93** **Nonpriority creditor's name and mailing address**
**Sun Life Financial**
PO Box 807009
Kansas City, MO 64184-7009

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.94** **Nonpriority creditor's name and mailing address**
**Temperature Controls Systems**
PO Box 550249
Dallas, TX 75355-0249

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$183.68**

---

**3.95** **Nonpriority creditor's name and mailing address**
**Texas Attorney General's Office**
**Bankruptcy-Collections Division**
PO Box 12548
Austin, TX 78711-2548

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Low Voltage Solutions, Inc. | Case number (if known) | 22-32164-7 |
|---|---|---|---|
| | Name | | |

---

**3.96** **Nonpriority creditor's name and mailing address**
Texas Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
P.O. Box 13528
Austin, TX 78711

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.97** **Nonpriority creditor's name and mailing address**
Texas Dept of Motor Vehicles
Vehicle Titles and Registration
Austin, TX 78779-0001

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.98** **Nonpriority creditor's name and mailing address**
Texas Dept. of Insurance
State Fire Marshall's Office
Mail Code 112-FM/PO Box 149221
Austin, TX 78714-9221

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$320.00**

---

**3.99** **Nonpriority creditor's name and mailing address**
Texas Dept. of Licensing & Reg
PO Box 12157
Austin, TX 78711-2157

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.100** **Nonpriority creditor's name and mailing address**
Texas Dept. of Public Safety
Private Security MSC 0242
PO Box 15999
Austin, TX 78761-5999

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.101** **Nonpriority creditor's name and mailing address**
Texas First Rentals LLC
PO Box 650869
Dallas, TX 75265-0869

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$4,136.85**

---

**3.102** **Nonpriority creditor's name and mailing address**
Texas Workforce Commission
Attn: Cashier-C69
PO Box 149080
Austin, TX 78714-9080

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **Low Voltage Solutions, Inc.**               Case number (if known) **22-32164-7**
       Name

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Texas Workforce Commission**<br>**Bankruptcy Division**<br>**101 East 15th Street**<br>**Austin, TX 78778** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **The AB&Y Group, LLC.**<br>**3016 Polar Ln. Ste 101**<br>**Cedar Park, TX 75861-3000** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Services provided** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$162.38** |
|---|---|---|---|
| | **TLC Office Systems**<br>**L-3791**<br>**Columbus, OH 43260-3791** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Trane**<br>**Attn: Matthew McAffrey**<br>**Area Contracting Mgr- OK**<br>**305 Hudiburg Cir.**<br>**Oklahoma City, OK 73108** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Services provided** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Trane**<br>**Attn: Matthew McAffrey**<br>**Area Contracting Mgr- OK**<br>**305 Hudiburg Cir.**<br>**Oklahoma City, OK 73108** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Services provided** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Travelers**<br>**PO Box 660317**<br>**Dallas, TX 75266-0317** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Travis County Tax Office**<br>**PO Box 149328**<br>**Austin, TX 78714-9328** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Low Voltage Solutions, Inc. | Case number (if known) | 22-32164-7 |
|---|---|---|---|
| | Name | | |

### 3.110
**Nonpriority creditor's name and mailing address**
TXU Energy
PO Box 650638
Dallas, TX 75265

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** utility services

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

### 3.111
**Nonpriority creditor's name and mailing address**
United Rentals, Inc.
PO Box 840514
Dallas, TX 75284-0514

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,959.75**

### 3.112
**Nonpriority creditor's name and mailing address**
Waste Connections of Oklahoma
4625 South Rockwell
Oklahoma City, OK 73179-6415

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

### 3.113
**Nonpriority creditor's name and mailing address**
Weber Group Advisors
17738 Preston Rd, Suite 101
Dallas, TX 75252

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,483.00**

### 3.114
**Nonpriority creditor's name and mailing address**
Wells Fargo Advisors
FBO Joseph Pazoureck III IRA
2400 Dallas Pkwy, H3852-170 Ste 1
Plano, TX 75093

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

### 3.115
**Nonpriority creditor's name and mailing address**
Xcel Energy
PO Box 9477
Minneapolis, MN 55484-9477

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | LEAF Capital Funding LLC<br>PO Box 644006<br>Cincinnati, OH 45264-4006 | Line  3.63<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **Low Voltage Solutions, Inc.** | Case number (if known) | **22-32164-7** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 248,621.11 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 248,621.11 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Low Voltage Solutions, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **22-32164-7** |

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*  **Schedule E/F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 12, 2022**    X **/s/ Joseph B. Pazoureck III**
Signature of individual signing on behalf of debtor

**Joseph B. Pazoureck III**
Printed name

**President and Sole Shareholder**
Position or relationship to debtor

# United States Bankruptcy Court
### Northern District of Texas

In re **Low Voltage Solutions, Inc.**                                             Case No. **22-32164-7**
                                Debtor(s)                                        Chapter **7**

## DECLARATION FOR ELECTRONIC FILING OF AMENDED PETITION,
## ORIGINAL/AMENDED BANKRUPTCY STATEMENTS AND SCHEDULES,
## AND/OR AMENDED MASTER MAILING LIST (MATRIX)

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company named as the debtor in this case, *I hereby declare under penalty of perjury* that I have read

- ☐ the original statements and schedules to be filed electronically in this case
- ☐ the voluntary petition as amended on the date indicated below and to be filed electronically in this case
- ☑ the statements and schedules as amended on the date indicated below and to be filed electronically in this case
- ☐ the master mailing list (matrix) as amended on the date indicated below and to be filed electronically in this case

and that the information provided therein is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within 7 days after such statements, schedules, and/or amended petition or matrix have been filed electronically. I understand that a failure to file the signed original of this Declaration as to any original statements and schedules will result in the dismissal of my case and that, as to any amended petition, statement, schedule or matrix, such failure may result in the striking of the amendment(s).

☑  I hereby further declare under penalty of perjury that I have been authorized to file the statements, schedules, and/or amended petition or amended matrix on behalf of the debtor in this case.

Date: **December 12, 2022**            **/s/ Joseph B. Pazoureck III**
                                       **Joseph B. Pazoureck III**, President and Sole Shareholder